| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Foundation Healthcare, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| **Allscripts Healthcare, LLC** 8529 Six Forks Road Forum IV Raleigh, NC 27615 | | Trade debt | | | | $30,641.83 |
| **Brooks G. O'Neil** 8 Bridge Lane Edina, MN 55424 | | Trade debt | | | | $40,000.00 |
| **CDW** 75 Remittance Drive Suite 1515 Chicago, IL 60675-1515 | | Trade debt | | | | $19,462.08 |
| **DONNELLEY FINANCIAL, LLC** P O Box 842282 Boston, MA 02284-2282 | | Trade debt | | | | $19,965.00 |
| **Eide Bailey** 1601 NW Expressway Suite 1900 Oklahoma City, OK 73118 | | Accounting Services | | | | $25,568.27 |
| **Goodwin Procter LLP** 100 Northern Avenue Boston, MA 02210 | | Legal services | | | | $102,060.09 |
| **Greenberg Traurig, LLP** One International Place Boston, MA 02110 | | Legal services | | | | $139,313.94 |
| **Hein & Associates** 1999 Broadway Ste 4000 Denver, CO 80202 | | Accounting Services | | | | $67,725.00 |

Debtor **Foundation Healthcare, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Past-due Income Tax | Disputed Subject to Setoff | | | $1,100,000.00 |
| Lexmark Enterprise Software USA Inc<br>8900 Renner Blvd<br>Lenexa, KS 66219-3049 | | Trade debt | | | | $19,118.15 |
| ManagementWorks, LLC<br>9960 NW 35th Street<br>Cooper City, FL 33024 | | Trade debt | | | | $20,000.00 |
| McAfee & Taft<br>211 North Robinson Suite 1000<br>Oklahoma City, OK 73102-7103 | | Legal services | | | | $35,019.17 |
| PA Dept of Revenue<br>333 Walnut St<br>Harrisburg, PA 17128-0908 | | Franchise Tax | | | | $33,031.26 |
| Reed Smith<br>7900 Tysons One Place<br>Ste 500<br>McLean, VA 22102 | | Legal services | | | | $133,052.57 |
| RR Donnelley Receivables, Inc<br>P O Box 932721<br>Cleveland, OH 44193 | | Trade debt | | | | $39,932.00 |
| Stanton Nelson<br>1501 Drury Lane<br>Nichols Hills, OK 73116 | | Amounts claimed for reimbursement | Disputed | | | $68,771.49 |
| Tatum<br>P O Box 847872<br>Dallas, TX 75284-7872 | | Consulting Services | Disputed | | | $59,220.85 |
| Texas Capital Bank<br>2000 McKinney Avenue, Suite 700<br>Dallas, TX 75201 | | Loans | | $5,700,000.00 | $0.00 | $5,700,000.00 |
| VI Marketing and Branding<br>125 Park Avenue Ste 200<br>Oklahoma City, OK 73102 | | Trade debt | | | | $41,786.25 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Foundation Healthcare, Inc.**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Workday, Inc.**<br>**6230 Stoneridge Mall Road**<br>**Pleasanton, CA 94588** | | **Trade debt** | | | | $412,719.46 |