Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone: (214) 999-6100
Fax: (214) 999-6170
Email: vickie.driver@huschblackwell.com
Email: crissie.stephenson@huschblackwell.com

**PROPOSED COUNSEL FOR THE DEBTORS**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| | § | |
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **FOUNDATION HEALTHCARE, INC.,** | § | |
| *et al.,* | § | **CASE NO. 17-42571** |
| | § | |
| **DEBTORS.**[1] | § | **Complex Case** |
| | § | **Jointly Administered** |

------------------------------------------------------------

## NOTES REGARDING SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On June 21, 2017 (the "<u>Petition Date</u>"), Foundation HealthCare, Inc., and University General Hospital, LLC each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "<u>Bankruptcy Court</u>"). The Debtors have requested, and the Bankruptcy Court has so ordered, that their cases be jointly administered under Case No. 17-42571.

With the assistance of its Bankruptcy Court approved advisors, the Debtors prepared the annexed Schedules of Assets and Liabilities (the "<u>Schedules</u>"), the Statement of Financial Affairs (the "<u>SOFAs</u>" and together with the Schedules, the "<u>Schedules and SOFAs</u>"), and the Lists of Equity Security Holders (the "<u>Lists</u>") pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs and Lists are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), and they are not intended to be fully reconciled to the financial statements.

---

[1] The Debtors in these Chapter 11 cases are Foundation Healthcare, Inc. and University General Hospital, LLC.

Although the Debtors' advisors and remaining officers, directors and contract employees have made every reasonable effort to ensure that the Schedules and SOFAs and Lists are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs and Lists, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs and Lists.  These notes regarding each of the Debtor's Schedules and SOFAs and Lists (the "Notes") comprise an integral part of such Debtor's Schedules and SOFAs and Lists and should be referenced in connection with any review of the Schedules and SOFAs and Lists. Nothing contained in the Schedules and SOFAs or Lists shall constitute a waiver of any rights or claims of the Debtors against any third party, or in or with respect to any aspect of these chapter 11 cases.

1.    Amendments.    The Debtors reserve the right to amend or supplement the Schedules and SOFAs and Lists as necessary or appropriate.

2.    Asset Presentation.    Most assets and liabilities of the Debtors are shown on the basis of the book audit in the respective Debtor's books and records, as of December 31, 2016, and not on the basis of current market values of such interest in property or liabilities; provided, however, that some adjustments have been made when the information was available subsequent thereto.  In certain instances, where book value is known to be materially inaccurate, the Debtors listed some assets and liabilities as having an "unknown" value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

3.    Liabilities.    The Debtors sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors also reserve the right to change the allocation of liability to the extent additional information becomes available.

4.    Causes of Action.    Despite reasonable efforts, the Debtors may not have identified or set forth all of its causes of action against third parties as assets in its Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they each may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.    Claim Description.    Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the respective Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors also reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

6.     <u>Property and Equipment.</u>  The Debtors have not completed a physical inventory of any of their owned equipment, merchandise or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. Notwithstanding the foregoing, an inventory of supplies for UGH was conducted in December 2016.

7.     <u>Insurance.</u>  The Debtors have, in the past, maintained a variety of insurance policies including property, general liability, and workers' compensation policies and other employee- related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtors have prepaid, if any, as of Petition Date. To the best of each Debtor's knowledge, no such prepayments exist.  The Debtors do reserve all rights to refunds of any overpayments of premiums paid on any insurance policies.

8.     <u>Insiders.</u>   In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are the relevant Debtor's (a) directors (or persons in similar positions) and (b) officers.  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     <u>Schedule A/B—Real and Personal Property.</u>  As of the Petition Date, certain equipment and property was foreclosed upon, repossessed, or picked up by various parties. While the Debtors have attempted to identify each such situation, that analysis is made complicated by the fact that the UGH Debtor is no longer in possession of that leased premises.  To the extent any Debtor learns of a piece of property that has been subject to a repossession or foreclosure impacting the listing in this schedule, such Debtor reserves the right to amend such Schedule and SOFA reflecting same.

10.     <u>Schedule D—Creditors Holding Secured Claims.</u>  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

11.     <u>Schedule E—Creditors Holding Unsecured Priority Claims.</u>  The listing of any claim on Schedule E does not constitute an admission by such Debtor that such claim is

3

entitled to priority under section 507 of the Bankruptcy Code. The Debtors reserve the right to dispute the priority status of any claim on any basis. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtor may not list a date for each claim listed on Schedule E. Additionally, the Debtors have not included employee-related priority claims that existed as of the Petition Date to the extent that such claims have been or are approved for payment pursuant to orders entered by the Bankruptcy Court.

12.     <u>Schedule F—Creditors Holding Unsecured Nonpriority Claims.</u> The liabilities identified in Schedule F are derived from the respective Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by each Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against each Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of these chapter 11 cases.

The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although reasonable efforts have been made to determine the date upon which claims listed in Schedule F was incurred or arose, fixing that date for each claim in Schedule F would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each claim listed on Schedule F.

13.     <u>Schedule G—Executory Contracts.</u>  While effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents are also not set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtors may be party to certain agreements that have expired by their terms, but all parties continue to operate under the agreement. Out of an abundance of caution, the Debtors have listed such agreements on Schedule G. The Debtor's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, the same supplier or provider may appear multiple times in the Schedules. Multiple listings, if any, reflect distinct agreements between such Debtor and such supplier or provider. The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

14.    <u>Schedule H – Codebtors.</u>  It is possible that some of the Debtors affiliates, including one another in some instances, may be viewed by a particular creditor as being co-obligors on such debt.  However, none of those affiliates are viewed by the Debtors as having any ability to pay those debts and many are owned in whole or in part by one of the Debtors, FHI.  Finally, it would be unduly burdensome and of relatively little to no value to the Debtors' estates to attempt to delineate those co-obligors for each debt.  Consequently, the Debtors have not listed those as co-debtors on Schedule H.

15.    <u>Statement of Financial Affairs 19(d) – Financial Statements.</u>  The Debtors have each undertaken reasonable efforts to identify all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtors reserve their rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

16.    <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included; however, information regarding stock options, redemptions, and potential loan reductions were unavailable and have not been included.

17.    <u>Lists of Equity Security Holders.</u>  The Debtors have exercised due diligence to provide the most accurate listings of Equity Security Holders available to them at this time. The Debtors reserve the right to amend or supplement the Lists.

18.    <u>Specific Notes.</u>  These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs and Lists. Disclosure of information in one Schedule, SOFA, exhibit, List, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, List, or continuation sheet.

19.     Totals.  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

20.     Unliquidated Claim Amounts.  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

21.     General Reservation of Rights.  The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs or Lists as and to the extent necessary as they each deem appropriate.

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$886.00** |

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| --- | --- | --- | --- |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Valliance Bank** | **Insurance Funding** | **7972** | **$52,125.55** |
| 3.2. | **Texas Capital Bank** | **Operating** | **3512** | **$847.00** |
| 3.3. | **Texas Capital Bank** | **Accounts Payable** | **4114** | **$35,000.00** |
| 3.4. | **Bank SNB** | **FBO** | **7930** | **$23,528.30** |

| 4. | **Other cash equivalents** *(Identify all)* | | |
| --- | --- | --- | --- |
| 4.1. | **Gift Cards** | | **$1,091.04** |

| 5. | **Total of Part 1.** | | $113,477.89 |
| --- | --- | --- | --- |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **Foundation Healthcare, Inc.**
Name

Case number *(if known)* **17-42571-mxm11**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Retainer | |
| --- | --- | --- |
| 7.1. | **Ankura Consulting - Financial Advisors/Turnaround & Restructuring** | $51,087.19 |
| 7.2. | Retainer **Spectrum Health Partners - Interim CFO** | $24,000.00 |
| 7.3. | Retainer **Donlin Recano - Noticing Agent** | $30,000.00 |
| 7.4. | Retainer **Law Office of William Canon** | $1,000.00 |
| 7.5. | Retainer **Suzy Hensley - Contract Labor, Legal Assistant** | $950.00 |
| 7.6. | Retainer **Robin Taylor - Contract Labor, Treasury Manager** | $1,150.00 |
| 7.7. | Retainer **Eide Baily - Tax Returns** | $50,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Rent - North Portland Holdings** | $15,866.00 |
| --- | --- | --- |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$174,053.19

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 170,155.00 | - | 0.00 | = .... | $170,155.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Foundation Healthcare, Inc.** | Case number *(If known)* **17-42571-mxm11** |
|---|---|---|
| | Name | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$170,155.00

**Part 4:  Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:  Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:  Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:  Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Foundation Healthcare, Inc.**      Case number *(If known)* **17-42571-mxm11**
<br>Name

| | | | |
|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>Management Fee Buyout | $236,085.77   Book | $236,085.77 |

| | | |
|---|---|---|
| 65. | **Goodwill** | |
| 66. | **Total of Part 10.** | $236,085.77 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **Anticipated tax return** | Tax year **2016** | $1,700,000.00 |
| 73. | **Interests in insurance policies or annuities** | | |
| | **Argonaut Insurance Company - Tail on D&O** | | Unknown |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| | **Summit Management Contract** | | $336,000.00 |

Debtor **Foundation Healthcare, Inc.**
_____
Name

Case number *(If known)* **17-42571-mxm11**

| | |
|---|---|
| **TSH Acquisition, LLC** | **$0.00** |
| **ApothecaryRx, LLC** | **$0.00** |
| **Ninety Nine Healthcare Management, LLC** | **$0.00** |
| **SDC Holdings, LLC** | **$0.00** |
| **Foundation Health Enterprises, LLC** | **$0.00** |
| **Surveillance, The Motion Picture, LLC** | **$0.00** |
| **The Hunt, The Motion Picture, LLC** | **$0.00** |
| **Fingerprint Productions, LLC** | **$0.00** |
| **Soul's Midnight, LLC** | **$0.00** |

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$2,036,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Foundation Healthcare, Inc.**       Case number *(If known)*  **17-42571-mxm11**
    Name

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $113,477.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $174,053.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $170,155.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $236,085.77 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,036,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,729,771.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,729,771.85 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Texas Capital Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Loans** | **$5,700,000.00** | **$0.00** |

**2000 McKinney Avenue, Suite 700, Dallas, TX 75201**
Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/31/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,700,000.00** |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$1,100,000.00** | **$1,100,000.00** |
|  | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**Past-due Income Tax** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**PO Box 10471**<br>**Des Moines, IA 10471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,740.00 | $15,740.00 |
|  | Date or dates debt was incurred<br>**2-Jun-17** | Basis for the claim:<br>**Taxes** |  |  |
|  | Last 4 digits of account number **2745**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                     31966                     Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.90 | $967.90 |
|---|---|---|---|---|
| | **Missouri Dept. of Revenue** <br> **P O Box 3365** <br> **Jefferson City, MO 65105-3365** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **Unknown** | Basis for the claim: <br> **Franchise Tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,031.26 | $33,031.26 |
|---|---|---|---|---|
| | **PA Dept of Revenue** <br> **333 Walnut St** <br> **Harrisburg, PA 17128-0908** | Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **Unknown** | Basis for the claim: <br> **Franchise Tax** | | |
| | Last 4 digits of account number **6669** <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,964.74 |
|---|---|---|---|
| | **Addison Group** <br> **125 S Wacker Drive** <br> **Suite 2700** <br> **Chicago, IL 60606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,641.83 |
|---|---|---|---|
| | **Allscripts Healthcare, LLC** <br> **8529 Six Forks Road** <br> **Forum IV** <br> **Raleigh, NC 27615** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,938.47 |
|---|---|---|---|
| | **AMERICAN OPTI-NET INC** <br> **315 NW 94th Street** <br> **Oklahoma City, OK 73114** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,502.89**

**AT&T 405 936 8200**
**P O Box 5001**
**Carol Stream, IL 60197-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telephone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,755.06**

**AT&T Long Distance 811314531**
**P O Box 5017**
**Carol Stream, IL 60197-5017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telephone services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Bonded Services Inc.**
**3205 Burton Avenue**
**Burbank, CA 91504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$238.34**

**Broadridge ICS**
**P O Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**Brooks G. O'Neil**
**8 Bridge Lane**
**Edina, MN 55424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,086.17**

**Buchanan Ingersoll & Rooney PC**
**409 N Second Street**
**Suite 500**
**Harrisburg, PA 17101-1357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,852.57**

**BUCHANAN TECHNOLOGIES, INC**
**P O Box 95274**
**Grapevine, TX 76099-9752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,635.00** |
|---|---|---|---|

**CCH Incorporated**
**P O Box 4307**
**Carol Stream, IL 60197-4307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,462.08** |
|---|---|---|---|

**CDW**
**75 Remittance Drive**
**Suite 1515**
**Chicago, IL 60675-1515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.50** |
|---|---|---|---|

**Christensen Law Group, PLLC**
**3401 NW 63rd Street**
**Suite 600**
**Oklahoma City, OK 73116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,284.24** |
|---|---|---|---|

**Computershare, Inc**
**Dept CH 19228**
**Palatine, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$907.80** |
|---|---|---|---|

**Corporation Service Company**
**2711 Centerville Rd**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,965.00** |
|---|---|---|---|

**DONNELLEY FINANCIAL, LLC**
**P O Box 842282**
**Boston, MA 02284-2282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,568.27** |
|---|---|---|---|

**Eide Bailey**
**1601 NW Expressway**
**Suite 1900**
**Oklahoma City, OK 73118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Accounting Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address

**Eureka Water Company**
P O Box 26730
Oklahoma City, OK 73126

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$146.27

---

**3.19** | Nonpriority creditor's name and mailing address

**FEDEX**
P O Box 660481
Dallas, TX 75266-0481

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$135.90

---

**3.20** | Nonpriority creditor's name and mailing address

**First Choice Coffee Services**
3501 S Moulton Drive
Oklahoma City, OK 73179

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$361.43

---

**3.21** | Nonpriority creditor's name and mailing address

**FORD AUDIO-VIDEO SYSTEMS, LLC**
4800 West I-40 Service Rd
Oklahoma City, OK 73128

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$520.00

---

**3.22** | Nonpriority creditor's name and mailing address

**FP Mailing Solutions**
140 N Mitchell Ct
Suite 200
Addison, IL 60101-5629

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$126.80

---

**3.23** | Nonpriority creditor's name and mailing address

**GE Capital**
P O Box 105710
Atlanta, GA 30348-5710

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,471.82

---

**3.24** | Nonpriority creditor's name and mailing address

**Goodwin Procter LLP**
100 Northern Avenue
Boston, MA 02210

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

$102,060.09

---

| Debtor | Foundation Healthcare, Inc. | Case number (if known) | 17-42571-mxm11 |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139,313.94 |
|---|---|---|---|

**Greenberg Traurig, LLP**
**One International Place**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Legal services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,725.00 |
|---|---|---|---|

**Hein & Associates**
**1999 Broadway**
**Ste 4000**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Accounting Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,239,792.30 |
|---|---|---|---|

**Hewlett-Packard Financial Services Co**
**200 Connell Drive, Suite 5000**
**Berkeley Heights, NJ 07922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/24/2016__

Basis for the claim:  __Promissory Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,873.26 |
|---|---|---|---|

**IBM Credit LLC**
**3039 E Cornwallis Rd**
**RSRCH TRI PK, NC 27709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,762.50 |
|---|---|---|---|

**Interworks**
**1425 S Sangre Rd**
**Stillwater, OK 74074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.81 |
|---|---|---|---|

**Iron Mountain**
**1000 Campus Drive**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,118.15 |
|---|---|---|---|

**Lexmark Enterprise Software USA Inc**
**8900 Renner Blvd**
**Lenexa, KS 66219-3049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**ManagementWorks, LLC**
**9960 NW 35th Street**
**Cooper City, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,019.17 |
|---|---|---|---|

**McAfee & Taft**
**211 North Robinson**
**Suite 1000**
**Oklahoma City, OK 73102-7103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Legal services__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,580.96 |
|---|---|---|---|

**Midcon Data Services LLC**
**13431 North Broadway Ext**
**Suite 115**
**Oklahoma City, OK 73114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,611.23 |
|---|---|---|---|

**Nasdaq Corporate Solutions, LLC**
**401 Market Street**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**Oklahoma Bioscience Association**
**840 Research Parkway**
**Suite 250**
**Oklahoma City, OK 73104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|

**Paintworks LLC**
**3801 91 Ave NE**
**Norman, OK 73026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,550.00 |
|---|---|---|---|

**Petra Consulting Group**
**9041 Larston**
**Houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim: __Trade debt__

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.00**

**Quail Springs Self Storage**
**13801 Technology Drive**
**Oklahoma City, OK 73134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312.66**

**Quest Diagnostics**
**P O Box 740709**
**Atlanta, GA 30374-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,052.57**

**Reed Smith**
**7900 Tysons One Place**
**Ste 500**
**McLean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Legal services__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,086.93**

**RETARUS INC.**
**201 Route 17 North**
**Suite 603, (6th Floor)**
**Rutherford, NJ 07070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41.68**

**RICOH USA, INC**
**70 Valley Stream Parkway**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$324.76**

**RK Black, Inc**
**4111 Perimeter Center Place**
**Oklahoma City, OK 73112-2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,800.00**

**Robison Gary Johnson & Associates**
**2575 Kelley Pointe Pkwy**
**Suite 140**
**Edmond, OK 73013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Foundation Healthcare, Inc.**      Case number *(if known)*    **17-42571-mxm11**

Name

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,932.00** |

**RR Donnelley Receivables, Inc**
**P O Box 932721**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,448.00** |

**RT Oliver**
**101 N Robinson**
**Suite 900**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$912.25** |

**SmithDryden, LLC**
**2801 Coltrane Place**
**Suite 4**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,771.49** |

**Stanton Nelson**
**1501 Drury Lane**
**Nichols Hills, OK 73116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Amounts claimed for reimbursement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,086.74** |

**Staples Advantage**
**P O Box 83689**
**Chicago, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,220.85** |

**Tatum**
**P O Box 847872**
**Dallas, TX 75284-7872**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consulting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,048.00** |

**The Oklahoman Media Company**
**P O Box 25125**
**Oklahoma City, OK 73125-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,588.46 |
|---|---|---|---|

**Toshiba Medical Credit**
P O Box 41602
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,512.00 |
|---|---|---|---|

**Tyco Integrated Secutiry, LLC**
10405 Crosspoint Blvd
Indianapolis, IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.93 |
|---|---|---|---|

**Underground Vaults & Storage**
P O Box 1723
Hutchinson, KS 67504-1723

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,786.25 |
|---|---|---|---|

**VI Marketing and Branding**
125 Park Avenue
Ste 200
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.92 |
|---|---|---|---|

**ViaVid Communications Simplified**
118-998 Harbourside Drive
North Vancouver, British Columbia V7P 3T

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412,719.46 |
|---|---|---|---|

**Workday, Inc.**
6230 Stoneridge Mall Road
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | Total of claim amounts |
|---|---|

Debtor **Foundation Healthcare, Inc.**
Name

Case number (*if known*) **17-42571-mxm11**

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,149,739.16 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,661,197.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,810,936.70 |

**Fill in this information to identify the case:**

Debtor name  **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **17-42571-mxm11**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Advisor to CEO and Board of Directors** | |
| | State the term remaining | **Until Terminated** | **CLG Health Care Matrics, LLC 22287 Mulholland Hwy Suite 343 Calabasas, CA 91302** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Representation in general corporate matters** | |
| | State the term remaining | **Until Terminated** | **Goodwin Proctor LLP 100  Northern Avenue Boston, MA 02210** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease / corporate office space - Suites 130, 200 and server room** | |
| | State the term remaining | | **Memorial Hefner Parkway, LLC 13900 N. Portland Ave, Suite 100 Oklahoma City, OK 73134** |
| | List the contract number of any government contract | **07/31/2017** | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Services provided by Grant Christiansen** | |
| | State the term remaining | **07/31/2017** | **Meta-Biz, LLC 11001 Seven Pines Lane Champlin, MN 55316** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor 1 | **Foundation Healthcare, Inc.** | | Case number *(if known)* | **17-42571-mxm11** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / representation in the Mary DuPont matter** | |
|---|---|---|---|
| | State the term remaining | **Resolution/disposition of matter** | **Montgomery McCracken** |
| | List the contract number of any government contract | | **123 South Broad Street** **Philadelphia, PA 19109** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / representation in the Aetna matter** | |
|---|---|---|---|
| | State the term remaining | **Resolution/disposition of matter** | **Montgomery McCracken** |
| | List the contract number of any government contract | | **123 South Broad Street** **Philadelphia, PA 19109** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Contract / Investor Relations Services** | |
|---|---|---|---|
| | State the term remaining | **11/20/2017** | **White Oaks Investor Relations, LLC** |
| | List the contract number of any government contract | | **8 Bridge Lane** **Minneapolis, MN 55424** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**July 6, 2017**__     X **/s/ Richard Zahn**
Signature of individual signing on behalf of debtor

**Richard Zahn**
Printed name

**Chairman**
Position or relationship to debtor