Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone:  (214) 999-6100
Fax:  (214) 999-6170
Email:  vickie.driver@huschblackwell.com
Email:  crissie.stephenson@huschblackwell.com

**COUNSEL FOR THE DEBTORS**

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **FOUNDATION HEALTHCARE, INC.,** | § | **CASE NO. 17-42571-rfn-11** |
| | § | **Lead Case** |
| **DEBTOR.** | § | |
| | § | **Complex Case** |
| ---------------------------------------------------------- | § | **Jointly Administered** |
| | § | |
| | § | |
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **UNIVERSITY GENERAL HOSPITAL, LLC,** | § | **CASE NO. 17-42570** |
| | § | |
| **DEBTOR.** | § | **Complex Case** |
| | § | **Jointly Administered** |
| ---------------------------------------------------------- | § | **Under Lead Case** |

**NOTES REGARDING AMENDED SCHEDULES OF ASSETS AND
LIABILITIES AND AMENDED STATEMENT OF FINANCIAL AFFAIRS**

On June 21, 2017 (the "Petition Date"), Foundation HealthCare, Inc., and University General Hospital, LLC each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"). The Debtors have requested, and the Bankruptcy Court has so ordered, that their cases be jointly administered under Case No. 17-42571.

Since that date, with the assistance of its Bankruptcy Court approved advisors, the Debtors determined certain changes should be made to the original Schedules of Assets and Liabilities and the Statement of Financial Affairs, and prepared the annexed Amended Schedules

1

of Assets and Liabilities (the "Schedules") and the Amended Statement of Financial Affairs (the "SOFAs" and together with the Schedules, the "Schedules and SOFAs") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the financial statements. The original Schedules and SOFAs were filed on July 6, 2017, at Docket Nos. 36 and 37 and Nos. 42 and 43, respectively.

Although the Debtors' advisors and remaining officers, directors and contract employees have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding each of the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of such Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of these chapter 11 cases.

    1.    Amendments.  The Debtors reserve the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

    2.    Asset Presentation.  Most assets and liabilities of the Debtors are shown on the basis of the book value in the respective Debtor's books and records, as of December 31, 2016, and not on the basis of current market values of such interest in property or liabilities; provided, however, that some adjustments have been made when the information was available subsequent thereto. In certain instances, where book value is known to be materially inaccurate, the Debtor listed some assets and liabilities as having an "unknown" value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

    3.    Liabilities.  The Debtors sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors also reserve the right to change the allocation of liability to the extent additional information becomes available.

    4.    Causes of Action.  Despite reasonable efforts, the Debtors may not have identified or set forth all of its causes of action against third parties as assets in its Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they each may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5.     Claim Description.     Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the respective Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors also reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

6.     Property and Equipment.     The Debtors have not completed a physical inventory of any of their owned equipment, merchandise or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. Notwithstanding the foregoing, an inventory of supplies for UGH was conducted in December 2016.

7.     Insurance.     The Debtors have, in the past, maintained a variety of insurance policies including property, general liability, and workers' compensation policies and other employee- related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of each Debtor's knowledge, no such prepayments exist.  The Debtors do reserve all rights to refunds of any overpayments of premiums paid on any insurance policies.

8.     Insiders.     In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are the relevant Debtor's (a) directors (or persons in similar positions) and (b) officers.  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9.     Schedule A/B—Real and Personal Property.     As of the Petition Date, certain equipment and property was foreclosed upon, repossessed, or picked up by various parties. While the Debtors have attempted to identify each such situation, that analysis is made complicated by the fact that the UGH Debtor is no longer in possession of that leased premises. To the extent any Debtor learns of a piece of property that has been subject to a repossession or foreclosure impacting the listing in this schedule, such Debtor reserves the right to amend such Schedule and SOFA reflecting same.

10.     <u>Schedule D—Creditors Holding Secured Claims.</u>  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

11.     <u>Schedule F—Creditors Holding Unsecured Nonpriority Claims.</u> The liabilities identified in Schedule F are derived from the respective Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by each Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against each Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of these chapter 11 cases.

12.     <u>Schedule H – Codebtors.</u>  It is possible that some of the Debtors affiliates, including one another in some instances, may be viewed by a particular creditor as being co-obligors on such debt.  However, none of those affiliates are viewed by the Debtors as having any ability to pay those debts and many are owned in whole or in part by one of the Debtors, FHI. Finally, it would be unduly burdensome and of relatively little to no value to the Debtors' estates to attempt to delineate those co-obligors for each debt.  Consequently, the Debtors have not listed those as co-debtors on Schedule H.

13.     <u>Statement of Financial Affairs 19(d) – Financial Statements.</u>  The Debtors have each undertaken reasonable efforts to identify all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtors reserve their rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

14.     <u>Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider.</u> The information available at the time of filing has been included; however, information regarding stock options, redemptions, and potential loan reductions were unavailable and have not been included.

15.     <u>Specific Notes.</u>  These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

16.     <u>Totals.</u>  All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

17.     <u>Unliquidated Claim Amounts.</u>  Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

18.     <u>General Reservation of Rights.</u>  The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs as and to the extent necessary as they each deem appropriate.

| Fill in this information to identify the case: |
| --- |

Debtor name    **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-42571-mxm11**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................    $             **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $       **2,729,772.85**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $       **2,729,772.85**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **1,250,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $       **1,149,739.16**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **2,661,197.54**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b          $       **5,060,936.70**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$886.00** |

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Valliance Bank** | **Insurance Funding** | **7972** | **$52,125.55** |
| 3.2. | **Texas Capital Bank** | **Operating** | **3512** | **$847.00** |
| 3.3. | **Texas Capital Bank** | **Accounts Payable** | **4114** | **$35,000.00** |
| 3.4. | **Bank SNB** | **FBO** | **7930** | **$23,528.30** |

| 4. | **Other cash equivalents** *(Identify all)* | | |
|---|---|---|---|
| 4.1. | **Gift Cards** | | **$1,091.04** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Foundation Healthcare, Inc.**
Name

Case number *(If known)* **17-42571-mxm11**

| 5. | **Total of Part 1.** | | |
|---|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | **$113,477.89** |

**Part 2:**     Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Retainer | |
|---|---|---|
| 7.1. | **Ankura Consulting - Financial Advisors/Turnaround & Restructuring** | **$51,087.19** |

| | Retainer | |
|---|---|---|
| 7.2. | **Spectrum Health Partners - Interim CFO** | **$24,000.00** |

| | Retainer | |
|---|---|---|
| 7.3. | **Donlin Recano - Noticing Agent** | **$30,000.00** |

| | Retainer | |
|---|---|---|
| 7.4. | **Law Office of William Canon** | **$1,000.00** |

| | Retainer | |
|---|---|---|
| 7.5. | **Suzy Hensley - Contract Labor, Legal Assistant** | **$950.00** |

| | Retainer | |
|---|---|---|
| 7.6. | **Robin Taylor - Contract Labor, Treasury Manager** | **$1,150.00** |

| | Retainer | |
|---|---|---|
| 7.7. | **Eide Baily - Tax Returns** | **$50,000.00** |

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Rent - North Portland Holdings** | **$15,866.00** |
|---|---|---|

| 9. | **Total of Part 2.** | | |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | **$174,053.19** |

**Part 3:**     Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| Debtor | **Foundation Healthcare, Inc.** | | Case number *(If known)* | **17-42571-mxm11** |
|---|---|---|---|---|
| | Name | | | |

| 11a. 90 days old or less: | 170,155.00 | - | 0.00 | = .... | $170,155.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$170,155.00

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Servers** | $1.00 | Liquidation | $1.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$1.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Foundation Healthcare, Inc.**                                    Case number *(If known)*  **17-42571-mxm11**
          <sub>Name</sub>

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Management Fee Buyout** | $236,085.77 | Book | $236,085.77 |
| 65. | **Goodwill** | | | |

**66.    Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| $236,085.77 |
|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Foundation Healthcare, Inc.** | Case number *(If known)* **17-42571-mxm11** |
|---|---|---|
| | Name | |

|  | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | **Anticipated tax return**   Tax year **2016** | **$1,700,000.00** |
| 73. | **Interests in insurance policies or annuities** | |
| | **Argonaut Insurance Company - Tail on D&O** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Summit Management Contract** | **$336,000.00** |
| | **TSH Acquisition, LLC** | **$0.00** |
| | **ApothecaryRx, LLC** | **$0.00** |
| | **Ninety Nine Healthcare Management, LLC** | **$0.00** |
| | **SDC Holdings, LLC** | **$0.00** |
| | **Foundation Health Enterprises, LLC** | **$0.00** |
| | **Surveillance, The Motion Picture, LLC** | **$0.00** |
| | **The Hunt, The Motion Picture, LLC** | **$0.00** |
| | **Fingerprint Productions, LLC** | **$0.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | Case number *(If known)* **17-42571-mxm11** |
|---|---|---|
| | Name | |

| **Soul's Midnight, LLC** | **$0.00** |
|---|---|

---

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$2,036,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor **Foundation Healthcare, Inc.**
Name

Case number *(If known)* **17-42571-mxm11**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $113,477.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $174,053.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $170,155.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $236,085.77 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,036,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,729,772.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,729,772.85 |

**Fill in this information to identify the case:**

Debtor name  **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **17-42571-mxm11**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$1,100,000.00** | **$1,100,000.00** |
|  | Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**Past-due Income Tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Iowa Department of Revenue**<br>**PO Box 10471**<br>**Des Moines, IA 10471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,740.00 | $15,740.00 |
|  | Date or dates debt was incurred<br>**2-Jun-17** | Basis for the claim:<br>**Taxes** | | |
|  | Last 4 digits of account number **2745**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    54078                    Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | Case number *(if known)* | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $967.90 | $967.90 |
|---|---|---|---|---|
| | **Missouri Dept. of Revenue** <br> **P O Box 3365** <br> **Jefferson City, MO 65105-3365** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **Unknown** | Basis for the claim: <br> **Franchise Tax** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,031.26 | $33,031.26 |
|---|---|---|---|---|
| | **PA Dept of Revenue** <br> **333 Walnut St** <br> **Harrisburg, PA 17128-0908** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| | Date or dates debt was incurred <br> **Unknown** | Basis for the claim: <br> **Franchise Tax** | | |
| | Last 4 digits of account number **6669** <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **ADAMS, AUTUMN** <br> **11204 N FLORIDA AVE** <br> **OKLAHOMA CITY, OK 73120** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **ADAMS, XYLA M** <br> **1017 SHADY CREEK CIRCLE** <br> **GUTHRIE, OK 73044** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,964.74 |
|---|---|---|---|
| | **Addison Group** <br> **125 S Wacker Drive** <br> **Suite 2700** <br> **Chicago, IL 60606** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade debt** <br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AHLGREN, GAIL LYNN**
**15904 TRADITIONS BLVD**
**EDMOND, OK 73013**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ALIBRANDO, SHANNON MARIE**
**11052 FOLKSTONE DRIVE**
**YUKON, OK 73099**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ALLGOOD, JOCELYN**
**206 SOUTHSIDE DRIVE**
**SANGER, TX 76266**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,641.83** |
|---|---|---|---|

**Allscripts Healthcare, LLC**
**8529 Six Forks Road**
**Forum IV**
**Raleigh, NC 27615**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,938.47** |
|---|---|---|---|

**AMERICAN OPTI-NET INC**
**315 NW 94th Street**
**Oklahoma City, OK 73114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,502.89** |
|---|---|---|---|

**AT&T 405 936 8200**
**P O Box 5001**
**Carol Stream, IL 60197-5001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Telephone services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,755.06** |
|---|---|---|---|

**AT&T Long Distance 811314531**
**P O Box 5017**
**Carol Stream, IL 60197-5017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Telephone services**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AVERY, RANDI DIANE**
**103713 S 3390 ROAD**
**MEEKER, OK 74855**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BALL, JACKIE**
**125 SE 57TH STREET**
**OKLAHOMA CITY, OK 73129**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BARTON, TISHA MARIE**
**9733 HEFNER VILLAGE BLVD**
**OKLAHOMA CITY, OK 73162**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BASHORUN, SUNDIE SHAMIKA**
**9718 WARRINER CIRCLE**
**OKLAHOMA CITY, OK 73162-7316**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BECKLEY, DAWN MICHELLE**
**9116 CINDY RD.**
**OKLAHOMA CITY, OK 73132**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BELL, ANNDREA**
**2301 PALOMINO DR**
**OKLAHOMA CITY, OK 73121**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BETHANCOURT, CATALINA**
**11300 SHASTA LANE**
**OKLAHOMA CITY, OK 73162**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **BLACK, STEPHANIE** | ■ Contingent |
| | **328 W CHANTILLY WAY** | ■ Unliquidated |
| | **MUSTANG, OK 73064** | ■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Former Employee** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **BLAIR, SCOTT** | ■ Contingent |
| | **2737 NW 140TH ST** | ■ Unliquidated |
| | **Apt 311** | ■ Disputed |
| | **OKLAHOMA CITY, OK 73134** | |
| | Date(s) debt was incurred __ | Basis for the claim: **Former Employee** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$150.00** |
| | **Bonded Services Inc.** | ☐ Contingent |
| | **3205 Burton Avenue** | ☐ Unliquidated |
| | **Burbank, CA 91504** | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **BRALY, CINDY** | ■ Contingent |
| | **6950 E. POST OAK ROAD** | ■ Unliquidated |
| | **NOBLE, OK 73068** | ■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Former Employee** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$238.34** |
| | **Broadridge ICS** | ☐ Contingent |
| | **P O Box 416423** | ☐ Unliquidated |
| | **Boston, MA 02241** | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$40,000.00** |
| | **Brooks G. O'Neil** | ☐ Contingent |
| | **8 Bridge Lane** | ☐ Unliquidated |
| | **Edina, MN 55424** | ☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Trade debt** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |
| | **BROOM, RONDA** | ■ Contingent |
| | **8109 FRYE LANE** | ■ Unliquidated |
| | **OKLAHOMA CITY, OK 73135** | ■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: **Former Employee** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor __**Foundation Healthcare, Inc.**_____   Case number (if known) __**17-42571-mxm11**__
     Name

| | |
|---|---|
| **3.25** | |

Nonpriority creditor's name and mailing address
**BRYAN, RACHEL
2633 LERKIM LANE
NORMAN, OK 73069**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.26** | |

Nonpriority creditor's name and mailing address
**Buchanan Ingersoll & Rooney PC
409 N Second Street
Suite 500
Harrisburg, PA 17101-1357**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Legal services**__

Is the claim subject to offset? ☐ No ☐ Yes

**$9,086.17**

---

| | |
|---|---|
| **3.27** | |

Nonpriority creditor's name and mailing address
**BUCHANAN TECHNOLOGIES, INC
P O Box 95274
Grapevine, TX 76099-9752**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Trade debt**__

Is the claim subject to offset? ☐ No ☐ Yes

**$5,852.57**

---

| | |
|---|---|
| **3.28** | |

Nonpriority creditor's name and mailing address
**BULLER, NATHAN DEAN
1208 BEANO BEND
EDMOND, OK 73034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.29** | |

Nonpriority creditor's name and mailing address
**BYERS, ROBERT MORTON
15217 STONEY SPRING ROAD
EDMOND, OK 73013**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.30** | |

Nonpriority creditor's name and mailing address
**CARBAJAL, AMY
2709 FOREST GLEN CIRCLE
CHOCTAW, OK 73020**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.31** | |

Nonpriority creditor's name and mailing address
**CARPENTER, DEBRA ANN
P.O. BOX 6612 937 OAK CREEK DRIVE
MOORE, OK 73153**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor __**Foundation Healthcare, Inc.**_____  Case number (if known) __**17-42571-mxm11**__
           Name

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**CARTER, LA KEENA JOYCE**
**PO BOX 55702**
**DEL CITY, OK 73155**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
**CASHNER, WILLIAM L**
**7108 SPINDLE TREE LN**
**RIVERVIEW, FL 33578**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**
**CASHNER, WILLIAM L**
**16109 SONOMA DR**
**EDMOND, OK 73013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

3.35 **Nonpriority creditor's name and mailing address**
**CCH Incorporated**
**P O Box 4307**
**Carol Stream, IL 60197-4307**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$6,635.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.36 **Nonpriority creditor's name and mailing address**
**CDW**
**75 Remittance Drive**
**Suite 1515**
**Chicago, IL 60675-1515**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$19,462.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

3.37 **Nonpriority creditor's name and mailing address**
**Christensen Law Group, PLLC**
**3401 NW 63rd Street**
**Suite 600**
**Oklahoma City, OK 73116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$146.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

3.38 **Nonpriority creditor's name and mailing address**
**CHURCH, SHELLY LYNN**
**307 N BRADBURY ST**
**DEER CREEK, IL 61733**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor **Foundation Healthcare, Inc.** | Case number (if known) **17-42571-mxm11** |
| Name | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CLARK, SUSAN**
**821 N W 90TH**
**OKLAHOMA CITY, OK 73114**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CLORE, MISTY**
**4044 NW 20TH ST**
**OKLAHOMA CITY, OK 73107**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**COMBS, SHARNISE**
**10409 FAWN CANYON DRIVE**
**OKLAHOMA CITY, OK 73162**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,284.24 |
|---|---|---|---|

**Computershare, Inc**
**Dept CH 19228**
**Palatine, IL 60055-9228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.80 |
|---|---|---|---|

**Corporation Service Company**
**2711 Centerville Rd**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CRENSHAW, SAMUEL TRAVIS**
**8608 NW 126TH ST**
**OKLAHOMA CITY, OK 73142**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CROWN, JALYN**
**8651 S MIDWEST BOULEVARD**
**GUTHRIE, OK 73044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CRUM, MAMIE**
**8522 BRAEWICK DR**
**HOUSTON, TX 77074**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DALZELL, ANGIE**
**309 CARDINAL AVE**
**THIEF RIVER FALLS, MN 56701**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVIS, AMBER**
**16336 S W 28TH ST**
**EL RENO, OK 73036**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DEAN, JASON**
**1000 EAST TEXAS**
**IOWA PARK, TX 76367**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DIAZ, VANESSA**
**2932 SW 60TH ST**
**OKLAHOMA CITY, OK 73159**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,965.00** |
|---|---|---|---|

**DONNELLEY FINANCIAL, LLC**
**P O Box 842282**
**Boston, MA 02284-2282**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DOOLITTLE, RONALD**
**3724 OAKRIDGE CIRCLE**
**EDMOND, OK 73034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

**3.53**

**Nonpriority creditor's name and mailing address**
**DOROTEO, ANGELICA MARIA**
**2541 SW 23RD STREET**
**OKLAHOMA CITY, OK 73108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.54**

**Nonpriority creditor's name and mailing address**
**DUKE, JENNIFER**
**15287 W. 215TH STREET**
**SPRING HILL, KS 66083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.55**

**Nonpriority creditor's name and mailing address**
**DUNAGIN, JANE LEIGH**
**11300 N PENNSYLVANIA AVE.**
**No 121**
**OKLAHOMA CITY, OK 73120**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.56**

**Nonpriority creditor's name and mailing address**
**Eide Bailey**
**1601 NW Expressway**
**Suite 1900**
**Oklahoma City, OK 73118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Services**

Is the claim subject to offset? ☑ No ☐ Yes

$25,568.27

---

**3.57**

**Nonpriority creditor's name and mailing address**
**ELDER, BRIDGET INEZ**
**11830 WEST 81ST STREET SOUTH**
**SAPULPA, OK 74006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.58**

**Nonpriority creditor's name and mailing address**
**EPPERLY, GRADY**
**3725 FOX TAIL DRIVE**
**EDMOND, OK 73034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.59**

**Nonpriority creditor's name and mailing address**
**EPPERLY, WILLIAM G.**
**1906 CEDAR POINTE LANE**
**EDMOND, OK 73003**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ESTRADA, CHARINA NICOLE**
**8725 ALEXIS LANE**
**JONES, OK 73049**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$146.27** |
|---|---|---|---|

**Eureka Water Company**
**P O Box 26730**
**Oklahoma City, OK 73126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FARANI, ABRAHAM ADNAN**
**1614 N CENTER AVE**
**SHAWNEE, OK 74804**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135.90** |
|---|---|---|---|

**FEDEX**
**P O Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$361.43** |
|---|---|---|---|

**First Choice Coffee Services**
**3501 S Moulton Drive**
**Oklahoma City, OK 73179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.00** |
|---|---|---|---|

**FORD AUDIO-VIDEO SYSTEMS, LLC**
**4800 West I-40 Service Rd**
**Oklahoma City, OK 73128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**FOSTER, LASHAWNA**
**PO BOX  22065**
**OKLAHOMA CITY, OK 73123**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126.80** |
|---|---|---|---|
| | **FP Mailing Solutions**<br>**140 N Mitchell Ct**<br>**Suite 200**<br>**Addison, IL 60101-5629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **GARCIA, MONICA**<br>**1354 MAGDALENA DRIVE**<br>**OKLAHOMA CITY, OK 73119** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,471.82** |
|---|---|---|---|
| | **GE Capital**<br>**P O Box 105710**<br>**Atlanta, GA 30348-5710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$102,060.09** |
|---|---|---|---|
| | **Goodwin Procter LLP**<br>**100 Northern Avenue**<br>**Boston, MA 02210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Legal services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **GORDON, DANA**<br>**3224 NW 54**<br>**OKLAHOMA CITY, OK 73112** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$139,313.94** |
|---|---|---|---|
| | **Greenberg Traurig, LLP**<br>**One International Place**<br>**Boston, MA 02110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Legal services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **GUZMAN, ASHLEY**<br>**6205 NW 154TH TERRACE**<br>**EDMOND, OK 73013** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim: Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address

**HARRIS, GLORIA**
**9618 PINE BANK DRIVE**
**HOUSTON, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

**Hein & Associates**
**1999 Broadway**
**Ste 4000**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$67,725.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

**HENRY-FITZGERALD, APRIL LINETTE**
**16108 ROYAL CREST LANE**
**EDMOND, OK 73013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address

**HENSLEY, SANDRA SUE**
**7136 WOODRIDGE AVENUE**
**OKLAHOMA CITY, OK 73132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address

**Hewlett-Packard Financial Services Co**
**200 Connell Drive, Suite 5000**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred **10/24/2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **$1,239,792.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**HILL, TAWANA M.**
**8124 W. BRITTON ROAD**
**Apt 2**
**OKLAHOMA CITY, OK 73132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | Nonpriority creditor's name and mailing address

**HUGHES, LANEY M.**
**2200 NW 52ND**
**OKLAHOMA CITY, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Foundation Healthcare, Inc.**                    Case number (if known) **17-42571-mxm11**
_____
Name

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**3.81** | Nonpriority creditor's name and mailing address

**HUGHES, LANEY MARIE**
**105 MAIN STREET**
**OKLAHOMA CITY, OK 74152**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address

**IBM Credit LLC**
**3039 E Cornwallis Rd**
**RSRCH TRI PK, NC 27709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$1,873.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address

**Interworks**
**1425 S Sangre Rd**
**Stillwater, OK 74074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$4,762.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**1000 Campus Drive**
**Collegeville, PA 19426**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **$346.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address

**JONES, FELICIA**
**2932 N. VERMONT AVENUE**
**OKLAHOMA CITY, OK 73107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

**JONES, MARIAN**
**4200 N MERIDIAN AVENUE**
**Apt 924**
**OKLAHOMA CITY, OK 73112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**JONES, STEPHANIE**
**2929 SW 128TH STREET**
**OKLAHOMA CITY, OK 73170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KEGIN, AMANDA
2200 MARK RD
EDMOND, OK 73003

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KIDD, MARK
335 S WILSON
VINITA, OK 74301

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KING, HUGH
15536 MONARCH LANE
EDMOND, OK 73013

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

KNIESS, JESSICA
905 TEAKWOOD AVENUE
YUKON, OK 73099

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

LASTER, KAREN
2713 DRAKESTONE AVENUE
OKLAHOMA CITY, OK 73120

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

LEVINE, SUSAN
105 BANA DRIVE
ENID, OK 73703-7370

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,118.15**

Lexmark Enterprise Software USA Inc
8900 Renner Blvd
Lenexa, KS 66219-3049

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **LIVESAY - FOX, LISA**<br>**427 NW 115TH ST**<br>**OKLAHOMA CITY, OK 73114** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **LOFTIS, ELIZABETH**<br>**20510 COUNTY ROAD 17**<br>**HERMAN, NE 68029** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **LOPEZ, ADRIANA**<br>**23873 E 1035 ROAD**<br>**WEATHERFORD, OK 73096** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **LOZANO, CLAUDIA**<br>**8500 WOODFIELD**<br>**OKLAHOMA CITY, OK 73149** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **LYONS, ERIC**<br>**1301 NW K STREET**<br>**BENTONVILLE, AR 72712** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MADOLE, ALICIA**<br>**4317 SW 22ND ST**<br>**Apt 1812**<br>**OKLAHOMA CITY, OK 73108** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|
| | **ManagementWorks, LLC**<br>**9960 NW 35th Street**<br>**Cooper City, FL 33024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor __Foundation Healthcare, Inc.__      Case number (if known) __17-42571-mxm11__

Name

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARCHIO, RITA LYNN**
**804 N. NAIL PARKWAY**
**MOORE, OK 73160**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARR, JENA LEE**
**11233 NW 105TH STREET**
**YUKON, OK 73099**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MAY, BEN**
**4201 CAILBURN PKWY**
**EDMOND, OK 73034**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,019.17 |
|---|---|---|---|

**McAfee & Taft**
**211 North Robinson**
**Suite 1000**
**Oklahoma City, OK 73102-7103**

Date(s) debt was incurred __
Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAUD, BENJAMIN LIONEL**
**2516 RICHLAND DRIVE**
**EDMOND, OK 73012**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAUD, T. ALEX**
**214 NW 31ST**
**OKLAHOMA CITY, OK 73118**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MICHAUD, THOMAS A.**
**6600 OAK VIEW ROAD**
**EDMOND, OK 73025**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,580.96** |
| | **Midcon Data Services LLC** | ☐ Contingent | |
| | **13431 North Broadway Ext** | ☐ Unliquidated | |
| | **Suite 115** | ☐ Disputed | |
| | **Oklahoma City, OK 73114** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **MUTZ, FRANCES L** | ☑ Contingent | |
| | **6305 NW 32ND STREET** | ☑ Unliquidated | |
| | **BETHANY, OK 73008** | ☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,611.23** |
| | **Nasdaq Corporate Solutions, LLC** | ☐ Contingent | |
| | **401 Market Street** | ☐ Unliquidated | |
| | **Philadelphia, PA 19106** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **NEAL, LAQUAIN** | ☑ Contingent | |
| | **2600 WATERMARK BLVD. APT. 1211** | ☑ Unliquidated | |
| | **Apt 1211** | ☑ Disputed | |
| | **OKLAHOMA CITY, OK 73134** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **NELSON, STANTON** | ☑ Contingent | |
| | **1501 DRURY LANE** | ☑ Unliquidated | |
| | **NICHOLS HILLS, OK 73116** | ☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **NESBITT, TAMIKO Y** | ☑ Contingent | |
| | **1444 NE EUCLID STREET** | ☑ Unliquidated | |
| | **OKLAHOMA CITY, OK 73117** | ☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **NORCOM, HEATHER** | ☑ Contingent | |
| | **1617 VICTORIA DR** | ☑ Unliquidated | |
| | **EDMOND, OK 73003** | ☑ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor __Foundation Healthcare, Inc._____  Case number (if known) __17-42571-mxm11__
_____Name_____

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**NUNEZ, ELIZABETH**
**4904 S DREXEL AVE**
**OKLAHOMA CITY, OK 73119**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**ODELL, DANA**
**19600 SE 121 STREET**
**MCLOUD, OK 74851**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**OGAN, ANDREW DAVID**
**9477 PRAIRIE DOG DRIVE**
**EDMOND, OK 73034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |

**Oklahoma Bioscience Association**
**840 Research Parkway**
**Suite 250**
**Oklahoma City, OK 73104**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**ORTIZ, EVANGELINE ROSE**
**11513 SW 25TH STREET**
**YUKON, OK 73099**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$580.00** |

**Paintworks LLC**
**3801 91 Ave NE**
**Norman, OK 73026**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,550.00** |

**Petra Consulting Group**
**9041 Larston**
**Houston, TX 77055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Foundation Healthcare, Inc.**
Name

Case number (if known) **17-42571-mxm11**

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PFAFF, JAMES ROY**
**12455 SMOKEY RIDGE**
**GUTHRIE, OK 73044**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PHIPPS, EMILY**
**213 ATTERBERRY DRIVE**
**NORMAN, OK 73071**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PHIPPS, EMILY ANNE**
**213 ATTERBERRY DRIVE**
**NORMAN, OK 73071**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**PUIGGARI, MARCELO M**
**3221 ELMWOOD AVE**
**OKLAHOMA CITY, OK 73116**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |

**Quail Springs Self Storage**
**13801 Technology Drive**
**Oklahoma City, OK 73134**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.66 |

**Quest Diagnostics**
**P O Box 740709**
**Atlanta, GA 30374-0709**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,052.57 |

**Reed Smith**
**7900 Tysons One Place**
**Ste 500**
**McLean, VA 22102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,086.93** |
|---|---|---|---|
| | RETARUS INC.<br>201 Route 17 North<br>Suite 603, (6th Floor)<br>Rutherford, NJ 07070 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | RICHARDSON, ALICIA CHEYNEL<br>29 SW 143RD STREET<br>OKLAHOMA CITY, OK 73170 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41.68** |
|---|---|---|---|
| | RICOH USA, INC<br>70 Valley Stream Parkway<br>Malvern, PA 19355 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | RITCHIE, KARI<br>10405 BLUE SPRUCE RD<br>OKLAHOMA CITY, OK 73162 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$324.76** |
|---|---|---|---|
| | RK Black, Inc<br>4111 Perimeter Center Place<br>Oklahoma City, OK 73112-2308 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | ROBERSON, BREAUNA<br>9914 HEFNER VILLAGE PLACE<br>OKLAHOMA CITY, OK 73162 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | ROBERTS, JOSEPHA ALICIA<br>2700 SW 82ND STREET<br>OKLAHOMA CITY, OK 73159 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Foundation Healthcare, Inc.** | | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.137** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,800.00**
Robison Gary Johnson & Associates
2575 Kelley Pointe Pkwy
Suite 140
Edmond, OK 73013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
RODMAN, MICHAEL DEWEY
2628 N ANN ARBOR AVE
No 204
OKLAHOMA CITY, OK 73127

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
ROGERS, JULIE
9020 NW 148TH PLACE
YUKON, OK 73099

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
ROGERS, JULIE RENEA
9020 NW 148TH PLACE
YUKON, OK 73099

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,932.00**
RR Donnelley Receivables, Inc
P O Box 932721
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,448.00**
RT Oliver
101 N Robinson
Suite 900
Oklahoma City, OK 73102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
RUPP, SHAREE
2706 W HEFNER
OKLAHOMA CITY, OK 73120

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RUSSELL, SARA C**
**1755 FACTORY OUTLET BOULEVARD**
**No 126**
**NIAGRA FALLS, NY 14304**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RYAN, SARAH**
**5036 BRITTANY PAIGE DRIVE**
**EDMOND, OK 73034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SCHARP, VICKIE**
**6306 NORTHRIDGE LANE NE**
**PIEDMONT, OK 73078**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SCHUSTER, MICHAEL R**
**2304 OLD FARM ROAD**
**EDMOND, OK 73013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SHUMATE, MLISA**
**1927 NW 17TH**
**OKLAHOMA CITY, OK 73106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SIKES, CODY**
**5108 NW 47TH STREET**
**WARR ACRES, OK 73122**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SINGER, STANLEY GERARD**
**9425 PROSPER DRIVE**
**OKLAHOMA CITY, OK 73151**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | | Case number (if known) | **17-42571-mxm11** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**SMITH, ADRIAN**
**2401 NORTHWEST 122ND ST**
**Apt 74**
**OKLAHOMA CITY, OK 73120**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**SMITH, MARIE ANNETTE**
**609 NW 2ND**
**MOORE, OK 73160**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$912.25** |
| --- | --- | --- | --- |

**SmithDryden, LLC**
**2801 Coltrane Place**
**Suite 4**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**SMITHWICK, TYLER**
**808 WEST LONDON**
**EL RENO, OK 73036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**SNEED, DRACE**
**1034 W KYLE WAY**
**MUSTANG, OK 73064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**SOLEY, RENAE**
**22631 LONE HAWK TRAIL**
**LUTHER, OK 73054-7305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$68,771.49** |
| --- | --- | --- | --- |

**Stanton Nelson**
**1501 Drury Lane**
**Nichols Hills, OK 73116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Amounts claimed for reimbursement__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Foundation Healthcare, Inc.**
Name

Case number (if known) **17-42571-mxm11**

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,086.74 |
|---|---|---|---|

**Staples Advantage**
P O Box 83689
Chicago, IL 60696-3689

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**STEWART, JAIME D**
14667 NW 150TH
PIEDMONT, OK 73078

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**STREALY, BRYAN STEWART**
2512 NW 29TH STREET
OKLAHOMA CITY, OK 73107

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,220.85 |
|---|---|---|---|

**Tatum**
P O Box 847872
Dallas, TX 75284-7872

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Consulting Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TAYLOR, ROBIN M**
509 FOXFIRE
EDMOND, OK 73003

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TEKALIGN, WUBALEM**
12200 HERITAGE PARK RD
Apt B 119
OKLAHOMA CITY, OK 73120

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,048.00 |
|---|---|---|---|

**The Oklahoman Media Company**
P O Box 25125
Oklahoma City, OK 73125-0125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

**3.165** | Nonpriority creditor's name and mailing address
**THIERY, KATHERINE RACHEL**
**9312 MAHLER PLACE**
**OKLAHOMA CITY, OK 73120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.166** | Nonpriority creditor's name and mailing address
**THOMPSON, AILEE CAMILLE**
**515 NW 20TH STREET**
**Apt 7**
**OKLAHOMA CITY, OK 73103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.167** | Nonpriority creditor's name and mailing address
**THOMPSON, FORREST E**
**14209 KIRKLAND RIDGE**
**EDMOND, OK 73013**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.168** | Nonpriority creditor's name and mailing address
**TIPTON, CHELSEY**
**9537 SW 35TH TERR**
**OKLAHOMA CITY, OK 73179**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.169** | Nonpriority creditor's name and mailing address
**TIPTON, KIMBERLY**
**3905 NW 61ST ST**
**OKLAHOMA CITY, OK 73112**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.170** | Nonpriority creditor's name and mailing address
**TOMLIN, ANDREA ESTEFANIA**
**1709 NW 34TH STREET**
**OKLAHOMA CITY, OK 73118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.171** | Nonpriority creditor's name and mailing address
**TOMSON, TAYLOR BROOKE**
**9421 TIMBERWIND LANE**
**YUKON, OK 73099**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor **Foundation Healthcare, Inc.**     Case number (if known) **17-42571-mxm11**

Name

| | |
|---|---|
| **3.172** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$9,588.46** |
| **Toshiba Medical Credit** <br> P O Box 41602 <br> Philadelphia, PA 19101-1602 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.173** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **TRUJILLO, BARBARA KAY** <br> 7901 S COUNCIL RD <br> Lot 82 <br> OKLAHOMA CITY, OK 73169-2414 | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.174** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **TURNER, KEVIN** <br> 12132 SKYWAY AVENUE <br> OKLAHOMA CITY, OK 73162 | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.175** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$7,512.00** |
| **Tyco Integrated Secutiry, LLC** <br> 10405 Crosspoint Blvd <br> Indianapolis, IN 46256 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.176** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$579.93** |
| **Underground Vaults & Storage** <br> P O Box 1723 <br> Hutchinson, KS 67504-1723 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.177** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **VAN KLEY, KARLY** <br> 2944 SW 57TH ST <br> OKLAHOMA CITY, OK 73119 | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.178** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| **VANSANT, MATTHEW** <br> 8001 CURTIS TERR <br> OKLAHOMA CITY, OK 73132 | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: **Former Employee** <br><br> Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
| --- | --- | --- | --- |
| | Name | | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$41,786.25** |
| --- | --- | --- | --- |

**VI Marketing and Branding**
**125 Park Avenue**
**Ste 200**
**Oklahoma City, OK 73102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,143.92** |
| --- | --- | --- | --- |

**ViaVid Communications Simplified**
**118-998 Harbourside Drive**
**North Vancouver, British Columbia V7P 3T**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**VINYARD, SKYLER**
**5916 SE 71ST STREET**
**OKLAHOMA CITY, OK 73135**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**WALKER, CILICIA**
**4708 SE 78TH**
**OKLAHOMA CITY, OK 73135**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**WARSHELL, RITA J**
**5401 NW 110TH STREET**
**OKLAHOMA CITY, OK 73162**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**WASHINGTON, KATRINA RENAE**
**7525 NW 113TH PLACE**
**OKLAHOMA CITY, OK 73162**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| --- | --- | --- | --- |

**WATIE, STACIE**
**601 VISTA LANE**
**No 261**
**EDMOND, OK 73034**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WATTS, MARY MICHELLE**
**2122 BENTHAM WAY**
**YUKON, OK 73099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WHITEBIRD, APRIL CHEYENNE**
**7000 S WALKER AVE**
**Apt 98**
**OKLAHOMA CITY, OK 73139**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WICK, SHEILA**
**1403 TENNIS DRIVE**
**Apt 1316**
**BEDFORD, TX 76022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIAMS, ROBERT L**
**5409 EVANBROOK TER**
**OKLAHOMA CITY, OK 73135**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WITTER, VENISE**
**2400 S MACARTHUR BLVD**
**No 171**
**OKLAHOMA CITY, OK 73128**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$412,719.46** |
|---|---|---|---|

**Workday, Inc.**
**6230 Stoneridge Mall Road**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **Foundation Healthcare, Inc.** | Case number (if known) | **17-42571-mxm11** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,149,739.16 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,661,197.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,810,936.70 |

**Fill in this information to identify the case:**

Debtor name **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42571-mxm11**

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **ApothecaryRx, LLC** | **PO Box 20709 Oklahoma City, OK 73156** | **Texas Capital Bank** | ☑ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 **Foundation Hospital General of Houston,** | **PO Box 20709 Oklahoma City, OK 73156** | **Texas Capital Bank** | ☑ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 **Foundation Surg. Hosp. Gen. of Houston** | **PO Box 20709 Oklahoma City, OK 73156** | **Texas Capital Bank** | ☑ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 **Foundation Surgery Affiliates LLC** | **PO Box 20709 Oklahoma City, OK 73156** | **Texas Capital Bank** | ☑ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.5 **Foundation Surgery Holdings, LLC** | **PO Box 20709 Oklahoma City, OK 73156** | **Texas Capital Bank** | ☑ D **2.1** ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   **Foundation Healthcare, Inc.**

Case number *(if known)*   **17-42571-mxm11**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Foundation Surgery Holdings, LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.7 | **Foundation Surgery Mgmt. LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.8 | **Foundation Surgery Mgmt., LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.9 | **Foundation Surgical Hosp. Mgmt. LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.10 | **Foundation Surgical Hospital Aff. LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.11 | **Foundation Surgical Hospital Holdings** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.12 | **Nocturna Sleep Therapy GP, LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |
| 2.13 | **Nocturna Sleep Therapy, LP** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** |

Each entry shows:
- ■ D   **2.1**
- ☐ E/F _____
- ☐ G _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Foundation Healthcare, Inc.** | | Case number *(if known)* | **17-42571-mxm11** |
|---|---|---|---|---|

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **SDC Holdings, LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.15 | **Sleep Disorder Centers, LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.16 | **SomniCare, Inc.** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Somnitech, Inc.** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.18 | **TSH Acquisition, LLC** | PO Box 20709 Oklahoma City, OK 73156 | **Texas Capital Bank** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Foundation Healthcare, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF TEXAS

Case number (if known)   **17-42571-mxm11**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■   Amended *Schedule*   **A/B, D, F, and H**
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 4, 2017**     X **/s/ Richard Zahn**
                                       Signature of individual signing on behalf of debtor

                                       **Richard Zahn**
                                       Printed name

                                       **Chairman**
                                       Position or relationship to debtor