Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone: (214) 999-6100
Fax: (214) 999-6170
Email: vickie.driver@huschblackwell.com
Email: crissie.stephenson@huschblackwell.com

**COUNSEL FOR THE DEBTORS**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **FOUNDATION HEALTHCARE, INC.,** | § | **CASE NO. 17-42571-rfn-11** |
| | § | **Lead Case** |
| **DEBTOR.** | § | |
| | § | **Complex Case** |
| ------------------------------------------------------ § | | **Jointly Administered** |
| | § | |
| | § | |
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **UNIVERSITY GENERAL HOSPITAL, LLC,** | § | **CASE NO. 17-42570** |
| | § | |
| **DEBTOR.** | § | **Complex Case** |
| | § | **Jointly Administered** |
| ------------------------------------------------------ § | | **Under Lead Case** |

### NOTES REGARDING AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND AMENDED STATEMENT OF FINANCIAL AFFAIRS

On June 21, 2017 (the "Petition Date"), Foundation HealthCare, Inc., and University General Hospital, LLC each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division (the "Bankruptcy Court"). The Debtors have requested, and the Bankruptcy Court has so ordered, that their cases be jointly administered under Case No. 17-42571.

Since that date, with the assistance of its Bankruptcy Court approved advisors, the Debtors determined certain changes should be made to the original Schedules of Assets and Liabilities and the Statement of Financial Affairs, and prepared the annexed Amended Schedules

of Assets and Liabilities (the "Schedules") and the Amended Statement of Financial Affairs (the "SOFAs" and together with the Schedules, the "Schedules and SOFAs") pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and SOFAs are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), and they are not intended to be fully reconciled to the financial statements. The original Schedules and SOFAs were filed on July 6, 2017, at Docket Nos. 36 and 37 and Nos. 42 and 43, respectively.

Although the Debtors' advisors and remaining officers, directors and contract employees have made every reasonable effort to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may have occurred. Subsequent receipt of information or an audit may result in material changes in financial data requiring amendment of the Schedules and SOFAs. These notes regarding each of the Debtor's Schedules and SOFAs (the "Notes") comprise an integral part of such Debtor's Schedules and SOFAs and should be referenced in connection with any review of the Schedules and SOFAs. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of these chapter 11 cases.

1. Amendments. The Debtors reserve the right to amend or supplement the Schedules and SOFAs as necessary or appropriate.

2. Asset Presentation. Most assets and liabilities of the Debtors are shown on the basis of the book value in the respective Debtor's books and records, as of December 31, 2016, and not on the basis of current market values of such interest in property or liabilities; provided, however, that some adjustments have been made when the information was available subsequent thereto. In certain instances, where book value is known to be materially inaccurate, the Debtor listed some assets and liabilities as having an "unknown" value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth herein.

3. Liabilities. The Debtors sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and SOFAs. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors also reserve the right to change the allocation of liability to the extent additional information becomes available.

4. Causes of Action. Despite reasonable efforts, the Debtors may not have identified or set forth all of its causes of action against third parties as assets in its Schedules and SOFAs. The Debtors reserve any and all of their rights with respect to any causes of action they each may have, and neither these Notes nor the Schedules and SOFAs shall be deemed a waiver of any such causes of action.

5. <u>Claim Description.</u> Any failure to designate a claim on the Schedules or SOFAs as "disputed," "contingent" or "unliquidated" does not constitute an admission by the respective Debtor that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules and SOFAs as to amount, liability, priority, secured or unsecured status, or classification, or to otherwise designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment. The Debtors also reserve the right to amend their Schedules or SOFAs as necessary or appropriate.

6. <u>Property and Equipment.</u> The Debtors have not completed a physical inventory of any of their owned equipment, merchandise or other physical assets and any information set forth in the Schedules and SOFAs may be over or understated. Further, nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. Notwithstanding the foregoing, an inventory of supplies for UGH was conducted in December 2016.

7. <u>Insurance.</u> The Debtors have, in the past, maintained a variety of insurance policies including property, general liability, and workers' compensation policies and other employee- related policies. The Debtors' interest in these types of policies is limited to the amount of the premiums that the Debtor has prepaid, if any, as of Petition Date. To the best of each Debtor's knowledge, no such prepayments exist. The Debtors do reserve all rights to refunds of any overpayments of premiums paid on any insurance policies.

8. <u>Insiders.</u> In the circumstances where the Bankruptcy Schedules require information regarding insiders or officers and directors, included herein are the relevant Debtor's (a) directors (or persons in similar positions) and (b) officers. The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtor, management responsibilities or functions, decision-making or corporate authority or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

9. <u>Schedule A/B—Real and Personal Property.</u> As of the Petition Date, certain equipment and property was foreclosed upon, repossessed, or picked up by various parties. While the Debtors have attempted to identify each such situation, that analysis is made complicated by the fact that the UGH Debtor is no longer in possession of that leased premises. To the extent any Debtor learns of a piece of property that has been subject to a repossession or foreclosure impacting the listing in this schedule, such Debtor reserves the right to amend such Schedule and SOFA reflecting same.

10.     Schedule D—Creditors Holding Secured Claims.  Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.  While reasonable efforts have been made, determination of the date upon which each claim in Schedule D was incurred or arose would be unduly and cost prohibitive, and therefore, the Debtors may not list a date for each claim listed on Schedule D.

11.     Schedule F—Creditors Holding Unsecured Nonpriority Claims. The liabilities identified in Schedule F are derived from the respective Debtor's books and records, which may or may not, in fact, be completely accurate, but they do represent a reasonable attempt by each Debtor to set forth its unsecured obligations. Accordingly, the actual amount of claims against each Debtor may vary from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these cases will reflect the relationship of aggregate asset values and aggregate liabilities set forth in the Schedules and SOFAs. Parties in interest should consult their own professionals or advisors with respect to pursuing a claim. Although the Debtors and their professionals have generated financials the Debtors believe to be reasonable, actual liabilities (and assets) may deviate from the Schedules and SOFAs due to certain events that may occur throughout the duration of these chapter 11 cases.

12.     Schedule H – Codebtors.  It is possible that some of the Debtors affiliates, including one another in some instances, may be viewed by a particular creditor as being co-obligors on such debt.  However, none of those affiliates are viewed by the Debtors as having any ability to pay those debts and many are owned in whole or in part by one of the Debtors, FHI.  Finally, it would be unduly burdensome and of relatively little to no value to the Debtors' estates to attempt to delineate those co-obligors for each debt.  Consequently, the Debtors have not listed those as co-debtors on Schedule H.

13.     Statement of Financial Affairs 19(d) – Financial Statements.  The Debtors have each undertaken reasonable efforts to identify all financial institutions, creditors and other parties to whom a financial statement was issued within two years immediately preceding the Petition Date. The Debtors reserve their rights to subsequently supplement or amend Statement 19d upon discovery of additional information.

14.     Statement of Financial Affairs 4 and 30 – Payments within One Year to Insider. The information available at the time of filing has been included; however, information regarding stock options, redemptions, and potential loan reductions were unavailable and have not been included.

15.     Specific Notes.  These General Notes are in addition to the specific notes set forth in the individual Schedules and SOFAs. Disclosure of information in one Schedule, SOFA, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit or continuation sheet.

16.     <u>Totals.</u>   All totals that are included in the Schedules represent totals of the liquidated amounts for the individual schedule for which they are listed.

17.     <u>Unliquidated Claim Amounts.</u>   Claim amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated" or "unknown."

18.     <u>General Reservation of Rights.</u>   The Debtors specifically reserve the right to amend, modify, supply, correct, change or alter any part of their Schedules and SOFAs as and to the extent necessary as they each deem appropriate.

**Fill in this information to identify the case:**

Debtor name    **University General Hospital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF TEXAS

Case number (if known)    **17-42570-rfn11**

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Amegy Bank NA**<br>Creditor's Name<br><br>**5 Post Oak Parkway**<br>**Third Floor, Suite 4400**<br>**Houston, TX 77027**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**NOTICE ONLY**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|

| 2.2 | **Cardinal Health**<br>Creditor's Name<br><br>**7000 Cardinal Place**<br>**Dublin, OH 43017**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**NOTICE ONLY**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$0.00** | **$0.00** |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **University General Hospital, LLC**
Name

Case number (if know)  **17-42570-rfn11**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Financial Corporate Leasing, LLC** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien  |  $2,136,334.31  |  $5,000,000.00
**Medical Equipment**

**771 Kimberly Avenue
Placentia, CA 92870**
Creditor's mailing address

Describe the lien
**Capital Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**12/31/2015**
Last 4 digits of account number
**6001**
Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Republic Bank** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien  |  $0.00  |  $0.00
**NOTICE ONLY**

**801 North 500 West, Suite
103
Woods Cross, UT 84087**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Siemens Financial Services, Inc.** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien  |  $0.00  |  $0.00
**NOTICE ONLY**

**170 Wood Avenue South
Iselin, NJ 08830**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **University General Hospital, LLC**
Name

Case number (if know) **17-42570-rfn11**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Siemens Medical Solutions USA, Inc.** | Describe debtor's property that is subject to a lien **NOTICE ONLY** | $0.00 | $0.00 |

Creditor's Name

**51 Valley Stream Parkway
Malvern, PA 19355**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Texas Capital Bank** | Describe debtor's property that is subject to a lien **Loans** | $7,303,755.03 | $1,871,146.25 |

Creditor's Name

**2350 Lakeside Boulevard, Suite 800
Richardson, TX 75082**
Creditor's mailing address

**Describe the lien**
**Secured Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/31/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 5

Debtor **University General Hospital, LLC**      Case number (if know) **17-42570-rfn11**

Name

| 2.8 | **Toshiba America Medical 41374478** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $52,931.13    $59,698.20

**Surgical Table**

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address

**Describe the lien**
**Capital Lease**
Is the creditor an insider or related party?
Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**06/01/2016**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**4478**
**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
■ No
Check all that apply
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.9 | **Toshiba America Medical 41377578** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $65,740.99    $74,146.00

**Washer Disinfector**

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address

**Describe the lien**
**Capital Lease**
Is the creditor an insider or related party?
Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**06/10/2016**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7578**
**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
■ No
Check all that apply
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.10 | **Toshiba America Medical 41377579** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien    $104,852.61    $118,259.00

**Mobile X-Ray**

**PO Box 911608
Denver, CO 80291-1608**
Creditor's mailing address

**Describe the lien**
**Capital Lease**
Is the creditor an insider or related party?
Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
**01/08/2016**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 5

Debtor **University General Hospital, LLC**

Name

Case number (if know) **17-42570-rfn11**

**Last 4 digits of account number**
**7579**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$9,663,614.07**

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **University General Hospital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) **17-42570-rfn11**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00** | **$210.00** |
|---|---|---|---|---|

**Texas Department of Licensing and Regula**
**920 Colorado St**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,584.00** | **$1,584.00** |
|---|---|---|---|---|

**Texas State Comptroller**
**PO Box 13528**
**Austin, TX 78711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,907.10 |
|---|---|---|---|

**AAF International**
**24828 Network Place**
**Chicago, IL 60673-1248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ABBEY, THERESA**
**4009 WINGTAIL WAY**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,575.53 |
|---|---|---|---|

**Abbott Vascular**
**75 Remittance Drive, Suite 1138**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ABON, SHERILL**
**3231 NORVILLE LANE**
**HOUSTON, TX 77047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ABRAHAM, SUSAN**
**5943 UNION SPRINGS**
**SUGAR LAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,001.12 |
|---|---|---|---|

**Acadian Ambulance Services**
**PO Box 92970**
**Lafayette, LA 70509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,423.33 |
|---|---|---|---|

**Acute Medical Services LLC**
**PO Box 15010**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ADAMS, DANA**
**2525 SAINT CHRISTOPHERS AVE  # APT 914**
**LEAGUE CITY, TX 77573**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ADENIYI, OLUWATOYIN**
**6658 MILLER SHADOW LN**
**SUGARLAND, TX 77479**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ADIGUN, COMFORT**
**9217 SUNBONNET DR**
**PEARLAND, TX 77584**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ADJEI, MICHAEL**
**9000 FONDREN #332C**
**HOUSTON, TX 77074**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Advanced Biologics LLC**
**c/o Mark Schuck**
**The Schuck Law Firm**
**700 Louisiana Street, Suite 4800**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  __10/30/2014__

Last 4 digits of account number __

Basis for the claim: __Litigation__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$51,644.50**

**AESCULAP Implant Systems, LLC**
**PO Box 780391**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**AGU, OGECHI**
**2003 RUFFIAN LN**
**STAFFORD, TX 77477**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AGUILAR, ALEJANDRO**
**915 DEBOLL**
**HOUSTON, TX 77022**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,919.12** |
|---|---|---|---|

**Airgas, Inc**
**259 N. Radnor-Chester Rd**
**Radnor, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,551.22** |
|---|---|---|---|

**Airpal Inc**
**PO Box 1000**
**Limeport, PA 18060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,155.00** |
|---|---|---|---|

**AirScan Tech**
**PO Box 1539**
**Springtown, TX 76082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AKINBOYEWA, ADEYEMI**
**19002 MISSION PARK DRIVE**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ALBANA, SIREEN**
**2423 WINROCK BLVD # 184**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,843.84** |
|---|---|---|---|

**Alere Informatics, Inc**
**PO Box 845849**
**Boston, MA 02204-5849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__      Case number (if known) __17-42570-rfn11__
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,894.00 |
|---|---|---|---|

**Alere North America, LLC**
PO Box 846153
Boston, MA 02284

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ALEXANDER, JAMES**
2931 YEARLING COLT CT
HOUSTON, TX 77038

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ALI, HINA**
5556 NEW TERRITORY BLVD #4204
SUGAR LAND, TX 77479

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ALLEN-MARKS, FELICIA**
1923 WINDY PLAIN CT
SPRING, TX 77388

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,432.65 |
|---|---|---|---|

**Allergan USA, Inc**
12975 Collections Cener Dr
Chicago, IL 60693-0129

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,503.25 |
|---|---|---|---|

**ALLIANCE MT INC**
1795 N. FRY ROAD #191
KATY, TX 77449

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Alliance Spine, LLC**
14206 Northbrook Dr.
San Antonio, TX 78232

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,366.80** |
|---|---|---|---|
| | **ALLIED HEALTH SERVICES**<br>**PO BOX 1011**<br>**SUGAR LAND, TX 77487** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,102.28** |
|---|---|---|---|
| | **AllMedia, Inc.**<br>**PO Box 262468**<br>**Plano, TX 75026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ALVARADO, SIMONA**<br>**125 E  SHERWOOD DRIVE**<br>**ALVIN, TX 77511** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Former Employee__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,707.00** |
|---|---|---|---|
| | **Always in Season Inc**<br>**PO Box 271502**<br>**Houston, TX 77277** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,683.33** |
|---|---|---|---|
| | **Amendia**<br>**1755 West Oak Parkway**<br>**Marietta, GA 30062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **American Equifinance Corporation**<br>**c/o Toby C. Easley**<br>**Matthews Easley Chaney, P.C.**<br>**13430 Northwest Freeway, Suite 990**<br>**Houston, TX 77040-6197** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __01/16/2015__ | Basis for the claim: __Litigation__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,989.03** |
|---|---|---|---|
| | **American Proficiency Institute**<br>**Department 9526**<br>**Lansing, MI 48909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **University General Hospital, LLC**                          Case number (if known)   **17-42570-rfn11**

Name

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AMPANAT, BINU**
**6014 TWIN CREEK**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Former Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,700.06** |
|---|---|---|---|

**Amtec Medical Inc**
**3709 Promontory Point Dr**
**Austin, TX 78744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANAKANI, VICTORIA**
**7010 CLUSTERING OAK CT**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Former Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANDERSON, SHAWNER**
**8022 JANE ST**
**MANVEL, TX 77578**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Former Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$187,040.63** |
|---|---|---|---|

**AngioDynamics**
**PO Box 1549**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANGWECH, STELLA**
**9111 LAKES AT 610 DR  #321**
**HOUSTON, TX 77054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Former Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ANZARA, EBRIN**
**7135 WESTBRANCH DR.**
**HOUSTON, TX 77072**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** **Former Employee**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,486.55 |
|---|---|---|---|

**Applied Medical**
PO Box 3511
Carol Stream, IL 60132-3511

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**ARGOS IOM SERVICES, LP**
6140 HIGHWAY 6 #211
MISSOURI CITY, TX 77459

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,737.04 |
|---|---|---|---|

**Arjohuntleigh, Inc**
PO Box 644960
Pittsburgh, PA 15264

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,230.00 |
|---|---|---|---|

**ARMS, Inc**
3585 NE 207th St # 815
Miami, FL 33280

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARMSTRONG, DEBRA**
2503 PLANTATION CT
PEARLAND, TX 77584

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARNOLD, DANIELLE**
701 CR 2178
CLEVELAND, TX 77327

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ARNOLD, MICHAEL**
5816 MISTY MEADOW
LEAGUE CITY, TX 77573

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,077.84** |
|---|---|---|---|
| | **Arthrex, Inc.** | ☐ Contingent | |
| | **PO Box 403511** | ☐ Unliquidated | |
| | **Atlanta, GA 30384** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,527.79** |
|---|---|---|---|
| | **Asahi Intecc USA, Inc.** | ☐ Contingent | |
| | **2500 Red Hill Avenue** | ☐ Unliquidated | |
| | **Santa Ana, CA 92705** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,914.91** |
|---|---|---|---|
| | **ASPYRA, LLC** | ☐ Contingent | |
| | **705 SW 10TH STREET** | ☐ Unliquidated | |
| | **BLUE SPRINGS, MO 64015** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,033.64** |
|---|---|---|---|
| | **AT&T** | ☐ Contingent | |
| | **PO Box 5091** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **ATKINSON, MYRON** | ■ Contingent | |
| | **2407 BEACON POINTE** | ■ Unliquidated | |
| | **PEARLAND, TX 77584-5206** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **AUGUST, TRESSIE** | ■ Contingent | |
| | **3200 N  MACGREGOR WAY APT  #22** | ■ Unliquidated | |
| | **HOUSTON, TX 77004** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **AUGUSTINE, SHIJIMOL** | ■ Contingent | |
| | **907 OVERDELL DR** | ■ Unliquidated | |
| | **SUGAR LAND, TX 77479** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Former Employee** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**AUSTIN, DENISE**
**PO BOX 771582**
**HOUSTON, TX 77215**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,710.10** |
|---|---|---|---|

**Auto San, LLC**
**PO Box 171415**
**Memphis, TN 38187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Axis Dialysis**
**PO Box 1101**
**Bellaire, TX 77402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BABU, BIBIN**
**2410 1ST STREET**
**STAFFORD, TX 77477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BAGUISA, MARISSA**
**22114 WINTER SKY LN**
**RICHMOND, TX 77469**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BAILEY, DON**
**7818 DUFFIELD LANE**
**HOUSTON, TX 77071-2115**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BAILEY, JOHNNIETA**
**601 CYPRESS STATION DR  #808**
**HOUSTON, TX 77090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BALDEMOR, DOMINICA**
**13109 SHOALWATER LN**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BALDWIN, MIA**
**22594 STILLWATER VALLEY LN**
**PORTER, TX 77365**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BANKS, TINA**
**1303 GREENSPARKWAY #503**
**HOUSTON, TX 77067**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,379.07**

**Baptist Health System**
**Laboratory Outreach**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BARLAAN, ANGELA C**
**8911 GAUGE HOLLOW CT**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BARRETT, ADEDOYIN**
**8930 INGLEBROOK LANE**
**HOUSTON, TX 77083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**BARROW, DEIDRA**
**755 1/2 MARJORIE**
**HOUSTON, TX 77088**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.71** Nonpriority creditor's name and mailing address

**BASS, MISTY M.**
**701 CR2178**
**CLEVELAND, TX 77327**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

**BATTS, VORICE**
**12255 WEST MARSHAM DR**
**HOUSTON, TX 77066**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

**Baxter HealthCare Corp**
**PO Box 730531**
**Dallas, TX 75373**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$12,689.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

**Bayer HealthCare**
**PO Box 360172**
**Pittsburgh, PA 15251**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$646.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

**Baylor College of Medicine**
**PO Box 301207**
**Dallas, TX 75303**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$8,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

**Beckman Coulter**
**Dept. CH 10164**
**Palatine, IL 60055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**$33,911.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** Nonpriority creditor's name and mailing address

**BENCHAMIN, SOOSAIRANI**
**527 OAKDALE DR**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BENITEZ, YENI**
**2666 ENSBROOK MEADOW LANE**
**KATY, TX 77449**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Best Choice Anesthesia & Pain PLLC Group**
**7010 Champion Plaza Suite 300**
**Houston, TX 77069**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|---|---|---|---|

**Best Choice Anesthesia & Pain Svs LLC**
**PO Box 3856**
**Houston, TX 77253-3866**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,081.38** |
|---|---|---|---|

**Best Receivables Management**
**12655 N. Central Expy, Suite 315**
**Dallas, TX 75243**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BEWLEY, DENISE**
**4031 DANPREE**
**PASADENA, TX 77504**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BIJU, ROSAMMA**
**806 HOLLYHOCK DRIVE**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,027.67** |
|---|---|---|---|

**Biomerieux**
**PO Box 500308**
**St. Louis, MO 63150**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**     Case number (if known) **17-42570-rfn11**
Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,921.44** |
|---|---|---|---|
| | **Biomet Orthopedics**<br>**PO Box 587**<br>**Warsaw, IN 46581-0587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,874.15** |
|---|---|---|---|
| | **BioMet Sports Medicine**<br>**75 Remittance Drive**<br>**Chicago, IL 60675** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,895.00** |
|---|---|---|---|
| | **Bioventus LLC**<br>**PO Box 732824**<br>**Dallas, TX 75373-2824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **BLANCHARD, MARK**<br>**335 ABNEY DR**<br>**HOUSTON, TX 77060** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Former Employee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **BODOSO, MARIA**<br>**3211 NORTHGATE COURT**<br>**MANVEL, TX 77578** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Former Employee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$71,685.00** |
|---|---|---|---|
| | **Bone Bank Allografts**<br>**PO Box 205609**<br>**Dallas, TX 75320-5609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Trade Debt**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **BONNER, ASHLEY**<br>**445 MOBILE LN**<br>**CLUTE, TX 77531** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Former Employee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **University General Hospital, LLC**       Case number *(if known)*   **17-42570-rfn11**

Name

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,711.08 |
|---|---|---|---|

**Boston Scientific Corporation**
**PO Box 951653**
**Dallas, TX 75395**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BOTTOMS, BARBARA**
**6239 LYMBAR DR**
**HOUSTON, TX 77096**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BOULT, SHANNON**
**990 CYPRESS STATION DR. APT 405**
**HOUSTON, TX 77090**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.21 |
|---|---|---|---|

**Bracco Diagnostics**
**PO Box 978952**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRADDY, TERRY**
**7168 JETTY LANE**
**HOUSTON, TX 77072**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRADEN, CHARLOTTE**
**14119 SEAGLER SPRINGS LANE**
**HOUSTON, TX 77044**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**BRADLEY, DANA**
**1414 CASTLE COURT #1**
**HOUSTON, TX 77006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Former Employee__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **University General Hospital, LLC**        Case number (if known)    **17-42570-rfn11**

Name

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BRAZIL, MARJORIE**
15911 INWOOD LANE
MISSOURI CITY, TX 77489

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BREITSTEIN, TALLY**
6034 SPRING CREEK GROVE LN, N/A
SPRING, TX 77379

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BREWER, TIFFANY**
7018 DARIEN ST
HOUSTON, TX 77028

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BROUSSARD, KRYSTAL**
414 CALLOWAY
HOUSTON, TX 77029

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, CANDICE**
11810 GREEN CANYON DR
HOUSTON, TX 77044

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, CHARLOTTEE**
7710 LONG SHADOWS DRIVE
SUGAR LAND, TX 77479

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, LAMETRA**
14231 FM 1464 RD APT#11305
SUGAR LAND, TX 77498

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**                    Case number (if known)  **17-42570-rfn11**

Name

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, MITCHELL**
**7807 BELLAIRE BLVD**
**HOUSTON, TX 77036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, RUSSELL P.**
**6714 LILAC MEADOWS LANE**
**SPRING, TX 77379**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BROWN, VICKI**
**13014 FERRY COVE LN**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411.84** |
|---|---|---|---|

**Buchanan Technologies, Inc**
**P.O. Box 95274**
**Grapevine, TX 76099-9752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BUENCAMINO, SHEILA M**
**12915 CRESTWIND DR**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BURD, RHONDA**
**4434 LEELAND ST**
**HOUSTON, TX 77023-7702**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**BUSH, CHRISTOPHER**
**3714 MISTY RIDGE**
**HUMBLE, TX 77396**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,099.45 |

**C.R. Bard Inc.**
**PO Box 75767**
**Charlotte, NC 28275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CAASI, REMELITA**
**16 INDIAN PALMS DRIVE**
**MANVEL, TX 77578**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CABALLERO, HELEN**
**7201 SPENCER HWY #20**
**PASADENA, TX 77505**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CALLES, JOHNNY**
**1815 LAZYCREEK**
**PEARLAND, TX 77581**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CALLIER, LYNETTE**
**7410 CADDO**
**HOUSTON, TX 77016**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,903,061.29 |

**Cambridge International, LLC**
**7505 Fannin Street**
**Houston, TX 77054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **12/31/2015**

Basis for the claim: **Building**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CAMPBELL, JAMIE**
**3271 SUL ROSS #23**
**HOUSTON, TX 77098**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.120** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CAPULONG, ERICSON**
**8923 BUTTERSTONE RIDGE LANE**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CARAS, MAGDALENA**
**13906 BLUE FALLS**
**SUGAR LAND, TX 77478**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**CARAS, TIMOTHY**
**13906 BLUE FALLS DR**
**SUGAR LAND, TX 77498**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,222.05**

**Cardinal Health 414, LLC**
**Nuclear Pharmacy Services**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$244,305.60**

**CARDINAL HEALTH MEDICAL RESP**
**PO BOX 730112**
**DALLAS, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$136,922.39**

**CardinalHealth - Pharmacy**
**PO Box 847384**
**Dallas, TX 75284-7384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,388.18**

**Cardiovascular Systems, Inc.**
**Dept. CH 19348**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __University General Hospital, LLC__            Case number (if known) __17-42570-rfn11__

Name

---

**3.127**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**CARDONA, DELMA**
**23431 AMOROSO ST.**
**RICHMOND, TX 77406**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **$2,361.68**

**CareFusion**
**25146 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **$370.69**

**CARL ZEISS MEDITEC, INC**
**PO BOX 100372**
**PASADENA, CA 91189-0372**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**CARR, RANDY**
**12627 RIO LINDO ST**
**ROSHARON, TX 77583-7758**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**CARRANZA, HILDA L**
**7855 LOG HOLLOW DR**
**HOUSTON, TX 77040**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**CARROLL, DOROTHY**
**3311 SCOTCHMOSS LANE**
**LAPORTE, TX 77571**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**CASAS, JOSE**
**9411 RIVER SIDE LODGE DR**
**HOUSTON, TX 77083**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.64**

**Case Medical, Inc**
**19 Empire Blvd**
**South Hackensack, NJ 07606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CASTRO, MERCY**
**3707 BOULDER RIDGE DR**
**PEARLAND, TX 77581**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00**

**Cayenne Medical, Inc**
**Dept 2346**
**Dallas, TX 75312-2346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,534.29**

**CDW Government**
**75 Remittance Drive**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CELESTINE, ANN**
**2207 BEACON LIGHT LN**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,274.11**

**CenterPoint Energy**
**PO Box 4981**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,250.00**

**Centinel Spine Inc.**
**505 Park Avenue**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,922.66 |
|---|---|---|---|

**3.141**

Nonpriority creditor's name and mailing address
**Cerk Security LLC**
**934 S 14th St**
**La Porte, TX 77571**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **$10,922.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.142**

Nonpriority creditor's name and mailing address
**CHAN, ALEXIS**
**2300 OLD SPANISH TRAIL #1112**
**HOUSTON, TX 77054**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.143**

Nonpriority creditor's name and mailing address
**CHANG, SHUAI**
**2601 S BRAESWOOD #1205**
**HOUSTON, TX 77025**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.144**

Nonpriority creditor's name and mailing address
**CHAPA, RICARDO**
**8378 THORNCLIFF DR**
**SAN ANTONIO, TX 78250**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.145**

Nonpriority creditor's name and mailing address
**CHARLES, BOBBY**
**452 GARDENIA**
**LAKE JACKSON, TX 77566**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.146**

Nonpriority creditor's name and mailing address
**CHELLAPPAN, AYSHA**
**643 HAWTHORN PLACE**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.147**

Nonpriority creditor's name and mailing address
**CHERIAN, JINCY**
**6322 ARCHER RANCH LANE**
**ROSENBERG, TX 77471**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.148** | **Nonpriority creditor's name and mailing address**
**CHERIAN, REJI**
**4614 CHAPEREL**
**PEARLAND, TX 77584**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address**
**CHERIAN, SOSAMMA**
**434 NADIA WAY**
**STAFFORD, TX 77477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address**
**Choice Spine, LP**
**400 Elm Drive**
**Knoxville, TN 37919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$11,130.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address**
**CHOSEN MD TECHNOLOGIES, LLC**
**1707 POST OAK BLVD**
**HOUSTON, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **$14,794.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address**
**Christine Singleterry on Behalf of**
**the Estate of James Singletary**
**c/o Monica C. Vaughan**
**1990 Post Oak Boulevard, Suite 800**
**Houston, TX 77056**

Date(s) debt was incurred **09/12/2014**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**
**CHU, THUY AN**
**19822 HERON SHADOWN CT**
**RICHMOND, TX 77407**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**
**CHUA, HENRISON**
**12502 AUTUMN LEAF LN.**
**HOUSTON, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __**University General Hospital, LLC**_____ Case number (if known) __**17-42570-rfn11**___

Name

| | | | |
|---|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CHUA, MAURA**<br>**12502 AUTUMN LEAF LN.**<br>**HOUSTON, TX 77072** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Former Employee**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CHUA, WINSTON**<br>**5411 SUMMER SPRING LN**<br>**ROSHARON, TX 77583** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Former Employee**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Cigna**<br>**P O Box 13701**<br>**Philadelphia, PA 19101-3701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Trade Debt**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CLARK, REGINA**<br>**3135 FERN ROCK DRIVE**<br>**LAPORTE, TX 77571-3638** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Former Employee**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CLAY, OLUWATOYIN**<br>**10880 BARKER CYPRESS RD  #5305**<br>**CYPRESS, TX 77433** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Former Employee**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **CLAYTON, GAIL**<br>**2800 KIRBY DR # A 429**<br>**HOUSTON, TX 77098** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Former Employee**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,145.55** |
| | **Clinical Pathology Laboratories, Inc**<br>**PO Box 141669**<br>**Austin, TX 78714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __**Trade Debt**___ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **University General Hospital, LLC**      Case number *(if known)*    **17-42570-rfn11**
Name

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423,247.50** |
|---|---|---|---|

**Clinical Physicians Path Lab**
**PO Box 26013**
**El Paso, TX 79926**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**COHN, AARON**
**3022 FOUR WINDS DR.**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**COLLINS, BARBARA**
**9018 FAIRGLADE DR N #8**
**JACKSONVILLE, FL 23331**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**COMOLETTI, MELISSA**
**5402 RENWICK DR #1115**
**HOUSTON, TX 77081**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,198.88** |
|---|---|---|---|

**COMPREHENSIVE CARE SERVICES, INC**
**31330 SCHOOLCRAFT RD, SUITE 200**
**LIVONIA, MI 48150**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$514,045.02** |
|---|---|---|---|

**Comprehensive Pharmacy Services, LLC**
**PO Box 638316**
**Cincinnati, OH 45263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Comprehensive Pharmacy Services, LLC**
**c/o Peter L. Scrimeca**
**Andrews Davis, P.C.**
**100 N. Broadway, Suite 3300**
**Oklahoma City, OK 73102**

Date(s) debt was incurred __04/19/2017__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,150.00** |
|---|---|---|---|

**ConforMIS**
PO Box 392311
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,417.80** |
|---|---|---|---|

**ConMed Corporation**
Church Street Station
New York, NY 10249-6814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,068.31** |
|---|---|---|---|

**Constellation**
14217 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,364.31** |
|---|---|---|---|

**Cook Group Inc**
22988 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,784.25** |
|---|---|---|---|

**CooperSurgical, Inc**
PO Box 712280
Cincinnati, OH 45271-2280

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,935.00** |
|---|---|---|---|

**CoreLink**
7606 Forsyth Boulevard
Clayton, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CORONADO, ANGELICA**
**3200 MANGUM #209**
**HOUSTON, TX 77092**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|---|
| | Name | | | |

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**COSSEY, CHARISSE**
**5927 ALMEDA RD  UNIT 21003**
**HOUSTON, TX 77004**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,595.07**

**Covidien**
**PO Box 120823**
**Dallas, TX 75312**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CRAWFORD, MARY E.**
**1727 HIDDEN VALLEY**
**HOUSTON, TX 77088**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CRIFF, MINNIE**
**4815 EDFIELD**
**HOUSTON, TX 77033**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**CRUM, MAMIE**
**8522 BRAEWICK DR**
**HOUSTON, TX 77074**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,784.02**

**Curatio Solutions LLC**
**6100 Camp Bowie Blvd**
**Suite 28**
**Fort Worth, TX 76116**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**CYBER LEASE, LLC**
**18818 TELLER AVE**
**IRVINE, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.183** | Nonpriority creditor's name and mailing address
**CyraCom, LLC**
**PO Box 74008083**
**Chicago, IL 60674-8083**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$50.90**

---

**3.184** | Nonpriority creditor's name and mailing address
**DANG, LINDA T**
**4306 SPRING BROOK CT**
**HOUSTON, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.185** | Nonpriority creditor's name and mailing address
**Daniels Sharpsmart, Inc.**
**PO Box 7697**
**Carol Stream, IL 60197**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,816.22**

---

**3.186** | Nonpriority creditor's name and mailing address
**DAVIDSON, KINSEY**
**7105 OLD KATY RD #3102**
**HOUSTON, TX 77024**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.187** | Nonpriority creditor's name and mailing address
**DAVIS, PAUL**
**11 WILBURN DR**
**BAYTOWN, TX 77520**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.188** | Nonpriority creditor's name and mailing address
**DAVIS, SOPHIA**
**2828 COLLINGSWORTH ST #101**
**HOUSTON, TX 77026**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.189** | Nonpriority creditor's name and mailing address
**De Soutter Medical USA Inc**
**224 Rolling Hill Rd, Ste 12A**
**Mooresville, NC 28117**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$825.90**

---

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.190**

**Nonpriority creditor's name and mailing address**
**DECABOOTER, ANTHONY C.**
**16378 WILD OAK LANE**
**CONROE, TX 77302**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Former Employee_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.191**

**Nonpriority creditor's name and mailing address**
**DELGADO, ERIC**
**3206 CRESTBRIDGE LANE**
**SPRING, TX 77388**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Former Employee_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.192**

**Nonpriority creditor's name and mailing address**
**Delores Huling**
**1741 Stewart Street**
**Cedar Hill, TX 75104**

Date(s) debt was incurred _02/16/2017_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Litigation_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.193**

**Nonpriority creditor's name and mailing address**
**DELROSARIO, DOREEN**
**3426 BREMERTON FALLS DR**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Former Employee_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.194**

**Nonpriority creditor's name and mailing address**
**DENARD, ANDRE**
**208 SILVERBROOK LN**
**LEAGUE CITY, TX 77539**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Former Employee_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.195**

**Nonpriority creditor's name and mailing address**
**DePuy Synthes Sales, Inc**
**PO Box 32639**
**Palm Beach Gardens, FL 33420-2639**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☑ No ☐ Yes

**$7,770.00**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**DEWINDT, MARGARET**
**523 CORTLANDT**
**HOUSTON, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _Former Employee_

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.197 | **Nonpriority creditor's name and mailing address**<br>**DFINE**<br>**DEPT. CH19333**<br>**PALANTINE, IL 60055** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,873.88** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address**<br>**DINH, MELISSA**<br>**8827 ENCHANTED FOREST DR**<br>**HOUSTON, TX 77088** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address**<br>**DIONISIO, ALMA**<br>**10107 DAWN BROOK DR**<br>**PEARLAND, TX 77584** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address**<br>**Dispatch Riders Inc.**<br>**5225 Katy Frwy., #245**<br>**Houston, TX 77007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$598.93** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Trade Debt** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.201 | **Nonpriority creditor's name and mailing address**<br>**DIXON, DOROTHY M.**<br>**10611 CAXTON STREET**<br>**HOUSTON, TX 77016** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.202 | **Nonpriority creditor's name and mailing address**<br>**DIXON, JASMIN**<br>**5350 AEROPARK DR #1003**<br>**HOUSTON, TX 77032** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | **Nonpriority creditor's name and mailing address**<br>**DIXON, YOLANDA**<br>**10611 CAXTON ST**<br>**HOUSTON, TX 77016** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Former Employee** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Djo Surgical**
**PO Box 660126**
**Dallas, TX 00075-2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DO, ANDY**
**16838 RIPPLING MILL**
**SUGAR LAND, TX 77498**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOE, JANE**
**SOMEWHERE ST.**
**HOUSTON, TX 77705**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOMINO, LATASHA**
**13607 BAYBREEZE VALLEY LANE**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,137.46** |
|---|---|---|---|

**Door Control Services Inc**
**PO Box 220**
**Bettendorf, IA 52722-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS, EURADELL**
**6105 WEST OREM DRIVE #335**
**HOUSTON, TX 77085**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DOUGLAS, SHARON**
**8106 CARDWOOD**
**HOUSTON, TX 77028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**University General Hospital, LLC**_____    Case number (if known)   **17-42570-rfn11**_____
Name

---

3.211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**DUAN, LUNG**
**9634 JUDALON LANE**
**HOUSTON, TX 77063-5102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,000.00**
**Duchman - Cardiology**
**6039 GLEN COVE ST**
**HOUSTON, TX 77007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**DUFFEY, CHRISTINA**
**19907 MISSION PINES LANE**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**DUKE, ZEDEEKA**
**2806 SEABOLD DRIVE**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**DUPRE, JACQUES**
**1234 N  TEAL ESTATES CIR**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**EAST, MARK L.**
**6031 WESTOVER**
**HOUSTON, TX 77033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**
**EBBESSON, KARIN**
**3311 YUPON ST APT 603**
**HOUSTON, TX 77006-7700**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
    Name

Case number (if known)   **17-42570-rfn11**

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address**<br>**ECKERT, RUSSELL**<br>**2800 HIRSCHFIELD RD APT. 83**<br>**SPRING, TX 77373-7737**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.219 | **Nonpriority creditor's name and mailing address**<br>**ECOLAB**<br>**PO Box 70343**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,251.26** |
| 3.220 | **Nonpriority creditor's name and mailing address**<br>**EDWARDS, ETTA**<br>**3961 CHARLESTON ST**<br>**HOUSTON, TX 77021**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.221 | **Nonpriority creditor's name and mailing address**<br>**EGBUNA, PATRICIA**<br>**13526 VENICE VILLA LANE**<br>**SUGAR LAND, TX 77498**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.222 | **Nonpriority creditor's name and mailing address**<br>**EGWIM, EMMANUEL**<br>**3003 SEAGLER RD #2212**<br>**HOUSTON, TX 77042**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.223 | **Nonpriority creditor's name and mailing address**<br>**EKOSANMI, OLOLADE**<br>**2630 TANGLEWILDE STREET APT 135**<br>**HOUSTON, TX 77063**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.224 | **Nonpriority creditor's name and mailing address**<br>**ELEGANT VALET SERVICE, LLC**<br>**2323 S VOSS RD STE 470**<br>**HOUSTON, TX 77057**<br><br>Date(s) debt was incurred \_<br>Last 4 digits of account number \_ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$40,740.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,937.05**

**Entellus Medical**
**3600 Holly Lane**
**Plymouth, MN 55447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ENYINNIA, BRIDGET**
**11523 BOBWHITE DR**
**HOUSTON, TX 77035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ESCOTO, MAYRA**
**9115 KLONDIKE ST**
**HOUSTON, TX 77075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ESPINOSA, STEVEN**
**20302 ALCAPULCO COVE DR**
**HUMBLE, TX 77346-7734**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ESPREE, ROSE**
**8403 SHOTWELL STREET**
**HOUSTON, TX 77016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**ESTRADA, TAMMY**
**1220 RICHELIEU**
**HOUSTON, TX 77018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**EVANS, DELONDRIA**
**3045 MARINA BAY DR  APT  #8201**
**LEAGUE CITY, TX 77573**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

---

**3.232**

**Nonpriority creditor's name and mailing address**
**Evoqua Water Technologies, LLC**
**28563 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$511.00**

---

**3.233**

**Nonpriority creditor's name and mailing address**
**Exactech US Inc.**
**PO Box 674141**
**Dallas, TX 75267-4141**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,500.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**
**EZEKWEM, ADA**
**11735 ALIEF CLODINE DR #72**
**HOUSTON, TX 77072**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.235**

**Nonpriority creditor's name and mailing address**
**FELIX, QUINTINA**
**5317 PALMER ST**
**HOUSTON, TX 77004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.236**

**Nonpriority creditor's name and mailing address**
**FIELDS, AHREN**
**3320 WINTER WAY**
**HUNTSVILLE, TX 77340-7734**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.237**

**Nonpriority creditor's name and mailing address**
**Fire Safe Protection Services, LP**
**PO Box 1759**
**Houston, TX 77251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,956.71**

---

**3.238**

**Nonpriority creditor's name and mailing address**
**First Financial Corporate Leasing, LLC**
**711 Kimberly Avenue**
**Suite 160**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$1,258,549.16**

---

Debtor **University General Hospital, LLC**
_____
Name

Case number (if known) **17-42570-rfn11**

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $44,152.58 |
|---|---|---|---|

**First Insurance Funding Corp**
**450 Skokie Blvd**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,874.18 |
|---|---|---|---|

**Fisher HealthCare**
**3970 Johns Creek Court, Suite 500**
**Suwanee, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number **8001**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLORES, RUBEN**
**6543 ARROYO SPRINGS LN**
**FULSHEAR, TX 77441**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,985.71 |
|---|---|---|---|

**Flower Orthopedics Corporation**
**100 Witmer Dr**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLOWERS, ALICEA**
**13303 CASSINI DR**
**HOUSTON, TX 77044-7704**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FLOWERS, EDWARD**
**13303 CASSINI DR**
**HOUSTON, TX 77044**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,950.00 |
|---|---|---|---|

**Foundation Ancilliary Services Affiliate**
**9301 Southwest Freeway**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **University General Hospital, LLC** | | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,412.72 |
|---|---|---|---|

**Frank Stubbs Co., Inc**
1830 Eastman Ave
Oxnard, CA 93030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FRAZIER, PARIS**
19151 WALLBROOK MEADOWS LN
CYPRESS, TX 77433

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,421.74 |
|---|---|---|---|

**Freedom Medical Inc**
PO Box 822704
Philadelphia, PA 19182-2704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**FREEMAN, DEBRA**
16714 VILLAGE TRACE
HOUSTON, TX 77053

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,620.30 |
|---|---|---|---|

**FUJIFILM Medical Systems**
PO Box 347689
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,456.00 |
|---|---|---|---|

**Fusion Medical Staffing, LLC**
PO Box 82674
Lincoln, NE 68501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GAINES, KENWICK**
11902 SHADY SANDS PL
PEARLAND, TX 77584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__     Case number (if known) __17-42570-rfn11__
      Name

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GAITAN, JUAN**
6413 ATWELL DR # 41
HOUSTON, TX 77081

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GANS JR, FLOYD**
3434 DANBURY CHASE TRAIL
FRESNO, TX 77545

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GANT, JERALD**
1314 BRENDA LN APT. C
HUMBLE, TX 77338

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARCIA, CECILIA**
2202CRESTON DR
HOUSTON, TX 77026

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARCIA, CYNTHIA**
5710 TRINITY DRIVE
RICHMOND, TX 77469

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARCIA, JANIE**
1406 CHERRY SPRINGS CT.
MISSOURI CITY, TX 77459

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GARCIA, LINA**
P O BOX 1584
BAY CITY, TX 77404

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GARDNER, NICHOLE**
**5811 CHASTE CT**
**ROSENBERG, TX 77469**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GARNER, JULIE**
**5404 W ORANGE ST**
**PEARLAND, TX 77581-7758**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GARNER, REGINALD**
**3119 SHILOH DR**
**MISSOURI CITY, TX 77459**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**GARVASIS, JOSEPH**
**13811 EVENING WIND DR**
**PEARLAND, TX 77584**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$298,731.59** |
|---|---|---|---|

**GE HEALTHCARE**
**PO BOX 640200**
**PITTSBURGE, PA 15264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Equipment Financing__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$33,449.84** |
|---|---|---|---|

**GE Medical Systems Information Technolog**
**Attn: Accounts Receivable**
**75 Remittance Drive**
**Chicago, IL 60675**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,467.38** |
|---|---|---|---|

**Genzyme Corporation**
**62665 Collections Center Drive**
**Chicago, IL 60693-0626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GEORGE, LAILA**
**215 ANGELA LN**
**STAFFORD, TX 77477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GEORGE, STANLEY**
**3711 HILL FAMILY LANE**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GETAHUN, SEBLE**
**6220 ALDER DR #3516**
**HOUSTON, TX 77081**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.65** |
|---|---|---|---|

**GI Supply Specialty Endoscopic Products**
**200 Grandview Avenue**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Trade Debt_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GIBSON, HERETHA**
**7215 FOX SCENE DR**
**HUMBLE, TX 77338**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GIBSON-FARRIA, TENILLE**
**10550 VALLEY FORGE**
**HOUSTON, TX 77042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GLASPER, DANITRA**
**20723 SLATE CT.**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Former Employee_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.274**

**Nonpriority creditor's name and mailing address**
**GLENN, JENNIFER**
**3000 MURWORTH APT# 208**
**HOUSTON, TX 77025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.275**

**Nonpriority creditor's name and mailing address**
**Global Crossing Conferencing**
**PO Box 790407**
**Saint Louis, MO 63179**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

**3.276**

**Nonpriority creditor's name and mailing address**
**Global Dialysis Plus, Inc.**
**c/o Mark W. Collmer**
**Collmer Law Group**
**1221 Lamar Street, Suite 1302**
**Houston, TX 77010**

Date(s) debt was incurred  03/07/2014
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.277**

**Nonpriority creditor's name and mailing address**
**GODET, SANDY**
**20111 SENDERA OAKS LANE**
**CYPRESS, TX 77433**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278**

**Nonpriority creditor's name and mailing address**
**GONZALEZ, LETICIA**
**8067 EL MUNDO**
**HOUSTON, TX 77054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.279**

**Nonpriority creditor's name and mailing address**
**GONZALEZ, TRACEY**
**3510 LAUDERWOOD LANE**
**KATY, TX 77449**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.280**

**Nonpriority creditor's name and mailing address**
**Grainger**
**Dept 886459235**
**Kansas City, MO 64141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,564.98**

---

Debtor    **University General Hospital, LLC**           Case number *(if known)*    **17-42570-rfn11**

Name

| | | |
|---|---|---|
| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **Unknown** |

**3.281**

**Nonpriority creditor's name and mailing address**

**GRAVES, IRENE**
**6610 FIRNAT STREET**
**HOUSTON, TX 77016**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**

**GREEN, BEATRICE**
**510 W REPUBLIC**
**BAYTOWN, TX 77520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**

**GREEN, JASMINE**
**16635 ROCKEAST DR**
**HOUSTON, TX 77073**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**

**GRIMES, JAMES W**
**24605 BELVON VALLEY LN**
**PORTER, TX 77365**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285**

**Nonpriority creditor's name and mailing address**

**Guardian Facility Solutions LLC**
**20831 White Hyacinth Dr**
**Cypress, TX 77433**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$2,686.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

**GUEVARA, EVER**
**2607 KENWICH OAKS LN**
**KATY, TX 77449**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**

**GUZMAN, ERICA**
**927 DORCHESTER ST UNIT B**
**HOUSTON, TX 77022**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HADIA, JAMES**
**5610 LOTUS DR**
**HOUSTON, TX 77085**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HALL, KIMMIE**
**549 SAM RANDOLPH RD**
**LIVINGSTON, TX 77351**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.290** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,685.68**

**Halyard Sales, LLC**
**PO Box 732583**
**Dallas, TX 75373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HAMILTON, KEAIRE**
**14545 BAMMEL N HOUSTON RD APT 2005**
**HOUSTON, TX 77014-7701**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HAMILTON, MICHAEL**
**1021 SKYLARK RD**
**PASADENA, TX 77502**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HARDY, CAROLYN**
**8431 OLD MAPLE LANE**
**HUMBLE, TX 77338**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**HARRIS, GLORIA**
**9618 PINE BANK DRIVE**
**HOUSTON, TX 77095**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __University General Hospital, LLC__     Case number (if known) __17-42570-rfn11__

Name

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **HARRIS, NARICA**<br>**3947 CAMELIA GLEN LN**<br>**FRESNO, TX 77545** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Former Employee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **HARRIS, TANYA**<br>**16731 QUAIL BRIAR DR.**<br>**HOUSTON, TX 77489** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Former Employee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **HARRISON, ANTHONY W.**<br>**2910 HUNTINGTON WAY**<br>**PEARLAND, TX 77584** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Former Employee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **HAWTHORNE, ASHLEY**<br>**3 HERMAN MUSEUM CIRCLE DR APT 3304**<br>**HOUSTON, TX 77004** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Former Employee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **HAYNES, JEFF W**<br>**1213 CHUCK DRIVE**<br>**FRIENDSWOOD, TX 77546** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Former Employee__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$330,435.00** |
|---|---|---|---|
| | **Healthcare Affiliates Inc**<br>**1 Vale Road, Suite 200**<br>**Bel Air, MD 21014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,607.68** |
|---|---|---|---|
| | **HealthCare Logistics**<br>**PO Box 400**<br>**Circleville, OH 43113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

---

**3.302** | **Nonpriority creditor's name and mailing address**
HealthStream, Inc
PO Box 102817
Atlanta, GA 30368-2817

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

$7,871.52

---

**3.303** | **Nonpriority creditor's name and mailing address**
Hejdi Inc dba Allied Heaelth Services
c/o Jason A. Richardson
Edison, McDowell & Hetherington LLP
1001 Fannin, Suite 2700
Houston, TX 77002

Date(s) debt was incurred  04/07/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ☐ No ☐ Yes

Unknown

---

**3.304** | **Nonpriority creditor's name and mailing address**
HELTON, FREDINE
3418 AVE O 1/2
GALVESTON, TX 77550

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.305** | **Nonpriority creditor's name and mailing address**
HENDERSON, DEMETRIS
PO BOX 372
HEARNE, TX 77859

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.306** | **Nonpriority creditor's name and mailing address**
Henry Schein, Inc
Dept CH 10241
Palatine, IL 60055

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$9,224.31

---

**3.307** | **Nonpriority creditor's name and mailing address**
HERNANDEZ, ROSALEE R.
2010 MISTWOOD COURT
PEARLAND, TX 77584

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.308** | **Nonpriority creditor's name and mailing address**
HERRERA, JADABETH
1408 CEDARWOOD
PASADENA, TX 77502

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HERTHNECK, JOHN**
**3106 VINCENT CROSSING DR**
**SPRING, TX 77386**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HINOJOSA, PETRA**
**5012 ARROWHEAD DR**
**BAYTOWN, TX 77521**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HO, CHRISTOPHER**
**2315 ARBOR ST**
**HOUSTON, TX 77004**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,153.32**

**Holder's Pest Control**
**PO Box 600730**
**Jacksonville, FL 32260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,149.00**

**Houston Chronicle**
**Credit Service Department**
**4747 Southwest Freeway**
**Houston, TX 77027-6901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,798,040.70**

**Houston Methodist Diagnostic Laboratorie**
**6565 Fannin Street, B490**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.53**

**HP**
**Accounts Receivable**
**11311 W. Chinden Blvd.**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**                    Case number *(if known)*  **17-42570-rfn11**

Name

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **HUGHES, CHAD**<br>**2312 ELMHURST CT**<br>**SPRINGFIELD, IL 62704** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **HUSSAIN, RAAFAE**<br>**2401 WESTRIDGE ST #3309**<br>**HOUSTON, TX 77054** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **IHEANACHO, AUGUSTINA I.**<br>**11735 BERRY MEADOW DR**<br>**HOUSTON, TX 77071** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,955.00** |
|---|---|---|---|
| | **In2Bones USA LLC**<br>**6060 Popular Ave**<br>**Memphis, TN 38119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$333.41** |
|---|---|---|---|
| | **Incisive Surgical**<br>**14405 21st Avenue North**<br>**Plymouth, MN 55447** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,003.99** |
|---|---|---|---|
| | **Indeed, Inc.**<br>**Mail Code 5160**<br>**6433 Champion Grandview Way , Bldg. 1**<br>**Austin, TX 78750** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,230.00** |
|---|---|---|---|
| | **Inion Inc**<br>**2800 Glades Circle**<br>**Weston, GL 33327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,035.00** |
|---|---|---|---|

**Instratek**
**15200 Middlebrook Dr.**
**Houston, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,470.56** |
|---|---|---|---|

**Integra LifeSciences**
**PO Box 404129**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$841.88** |
|---|---|---|---|

**Integra Pain Management**
**PO Box 100416**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,584.03** |
|---|---|---|---|

**Integrated Medical Systems**
**PO Box 2725**
**Columbus, GA 31902-2725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,310.00** |
|---|---|---|---|

**Intelligent Implant Systems, LLC**
**3300 International Airport Dr**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,405.00** |
|---|---|---|---|

**Intersect ENT**
**1555 Adams Drive**
**Menlo Park, CA 94025-1439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$756.00** |
|---|---|---|---|

**Invuity, Inc.**
**Dept CH 19705**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__        Case number (if known) __17-42570-rfn11__
Name

| | | |
|---|---|---|
| **3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **IRONKWE, KAREN**<br>**15314 WINDY COVE DR**<br>**HOUSTON, TX 77095** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Former Employee__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **ITTOOP, ABEY**<br>**4530 MILLSTONE CANYON LN**<br>**SUGAR LAND, TX 77479** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Former Employee__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$19,765.68** |
| | **J&J Health Care Systems, Inc**<br>**PO Box 406663**<br>**Atlanta, GA 30384** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Debt__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **JACKS, KEMP**<br>**1818 ASBURY LN**<br>**DEER PARK, TX 77536-7753** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Former Employee__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **JACKSON, VERNA R.**<br>**10005 CHESTERFIELD**<br>**HOUSTON, TX 77051** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Former Employee__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **JACOB, RIJO**<br>**707 S MARATHON WAY**<br>**STAFFORD, TX 77477** | ■ Contingent<br>■ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Former Employee__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **Unknown** |
| | **Jason M. Bahn, Individually and as Next**<br>**Friend of Aiden J. Bahn, a Minor**<br>**c/o Darrell L. Keith**<br>**301 Commerce Street, Suite 2850**<br>**Fort Worth, TX 76102** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __04/18/2016__ | Basis for the claim: __Litigation__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JEFFERY, JANICQUA**
**10047 WESTPARK DR**
**HOUSTON, TX 77042**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JERMANY, LAMAESHA**
**3417 TANGERINE STREET**
**HOUSTON, TX 77051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Jessica Gwaltney**
**c/o John S. Powell**
**2405 S. Grand Boulevard**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/16/2017**
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$354.38** |

**Joel Wane Follmar**
**PO Box 122**
**Liverpool, TX 77577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**John and Melanie Amponsah**
**c/o Everett Day**
**Everett Day Law Firm**
**1811 Bering Ddrive, Suite 300**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **04/04/2017**
Last 4 digits of account number __

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**JOHN, MERCY**
**7015 LITTLE WILLOW DR**
**PASADENA, TX 77505**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,018.42** |

**Johnson Controls**
**PO Box 730068**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__                     Case number (if known)  __17-42570-rfn11__
_____
Name

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHNSON, AUDIA**
**303 NORTH BATES ST.**
**ALVIN, TX 77511-7751**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHNSON, KARL**
**6614 GORTON DR**
**KATY, TX 77449**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JOHNSON, OVAEDIA**
**6614 GORTON DRIVE**
**KATY, TX 77449**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JONES, BARBARA**
**3322 YELLOW STONE BLVD APT# 2102**
**HOUSTON, TX 77021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JONES, BRIANA**
**3131 HURST GREEN LANE**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JONES, KOKELYN**
**5631 FLAMINGO DR**
**HOUSTON, TX 77033**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JORDAN, ALESIA**
**5239 DEWBERRY**
**HOUSTON, TX 77021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Former Employee__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JORDAN, NATALIE**
**8039 CROSS TRAIL DR**
**SUGAR LAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Jorge Guerrero, M.D.**
**PO Box 230569**
**Houston, TX 77223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSEPH, ANNAMMA**
**2639 PLANTATION HOLLOW CT**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JOSHUA, MARY**
**4607 BLAKES RIDGE ST**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,316.02 |
|---|---|---|---|

**JOY & YOUNG, LLP**
**2499 S. CAPITAL OF TEXAS HWY**
**AUSTIN, TX 78746-7757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JUGUILON, JEREMY**
**2515 SUNLIGHT LANE**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,071.85 |
|---|---|---|---|

**K2M, Inc**
**600 Hope Parkway SF**
**Leeburg, VA 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KANAAN, YASMEEN**
**1829 AUGUSTA DR  UNIT#10**
**HOUSTON, TX 77057**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KANG, KYUNGRAN**
**18325 KINGSLAND BLVD #1310**
**HOUSTON, TX 77094**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KATCHI, SALMA**
**3201 ELMRIDGE**
**HOUSTON, TX 77025**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KAUFMAN, ARNOLD**
**5119 INDIGO STREET**
**HOUSTON, TX 77096**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,460.66** |
|---|---|---|---|

**KCI USA**
**PO Box 301557**
**Dallas, TX 75303**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KEBEDE, MERON**
**5821 VINEYARD HILL DR**
**PEARLAND, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$97.78** |
|---|---|---|---|

**Kelly Earsel**
**15 Charleston Dr Apt # 513**
**Houston, TX 77025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$102.00**

**Kem Medical Products Corp**
**400 Broadhollow Road**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.07**

**Khalid Monzer**
**1579 Pries Court**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

**Khoa Nguyen**
**7501 Fannin St.**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**KIMBROUGH, CHRISTINA**
**12410 WRENTHORPE DR**
**HOUSTON, TX 77031**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151.00**

**King Guide Publications, Inc**
**Po Box 10317**
**Napa, CA 94581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**KING, PATRICIA**
**4129 DAWSON LN**
**HOUSTON, TX 77051**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**KING, TROY**
**10555 FONDREN RD #1524**
**HOUSTON, TX 77096-7709**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KNOTT II, KEITH**
22135 BUESCHER RD
TOMBALL, TX 77377

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KOLASINAC, MELIHA**
12711 ASHFORD CHASE DR
HOUSTON, TX 77082

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KOOPER, LAURETTA**
20103 EATONS CREEK CT
KATY, TX 77449

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.00** |
|---|---|---|---|

**KR Medical Technologies, LLC**
PO Box 279
Roanoke, TX 76262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KRAUSE, WOLFRAM**
32403 OXBOW COURT
FULSHEAR, TX 77441-7744

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**KREUZ, CAROLINE**
12911 PALM LEAF CT
HOUSTON, TX 77004

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,591.57** |
|---|---|---|---|

**Kroger Burrus**
3100 Westayan, Suite 300
Houston, TX 77027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **University General Hospital, LLC**
_____
Name

Case number (if known) **17-42570-rfn11**

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KROMAH, FANTA**
**9401 COVENTRY SQUARE DRIVE APT # 627**
**HOUSTON, TX 77099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KROMAH, MAKEMAE**
**10555 SPICE LN #1104**
**HOUSTON, TX 77072**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**KURUVILLA, LIZY**
**3531 LANESBOROUGH DR**
**MISSOURI CITY, TX 77459**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LAM, DANNY**
**8615 BELLE PARK DR**
**HOUSTON, TX 77099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LANCLOS, MICHAEL**
**1407 HWY 146S**
**LAPORTE, TX 77571**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**LAND, LATASHA**
**3446 REBECCA**
**HOUSTON, TX 77021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,412.02** |
|---|---|---|---|

**Landauer**
**PO Box 809051**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor __**University General Hospital, LLC**_____  Case number (if known) __**17-42570-rfn11**__
　　　　　Name

| | | |
|---|---|---|
| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$435.00** |

**Nonpriority creditor's name and mailing address**

3.386
**Landport Systems Inc**
**1630 North Main St.**
**Walnut Creek, CA 94596**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **$435.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Trade Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.387
**Lantheus Medical Imaging, Inc**
**PO Box 101236**
**Atlanta, GA 30392**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Trade Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.388
**LARWA, MELISSA**
**5406 THEALL RD**
**HOUSTON, TX 77066**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.389
**LASSERRE, DEBRA**
**1016 W. WALNUT**
**COLEMAN, TX 76834-7683**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.390
**LAU, CHIU S.**
**1135 BRAELINN LANE**
**SUGAR LAND, TX 77479**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.391
**Lawrence Brown**
**9309 Lugary**
**Houston, TX 77074**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **$1,098.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Trade Debt**__

Is the claim subject to offset? ■ No ☐ Yes

---

3.392
**LAWSON, SHERIL**
**3218 RUSHINGBROOK DR**
**KINGWOOD, TX 77345**

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __**Former Employee**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,401.50 |
|---|---|---|---|

**3.393**

**Nonpriority creditor's name and mailing address**
**LDR Spine USA Inc**
PO Box 671716
**Dallas, TX 75267**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$68,401.50**

---

**3.394**

**Nonpriority creditor's name and mailing address**
**LE, SANDI**
**7019 MORNING SKY**
**KATY, TX 77494**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.395**

**Nonpriority creditor's name and mailing address**
**Lea Barth, Individually and on Behalf of**
**Ronald Barth, Deceased**
c/o Jay Winckler
**4407 Bee Cave Road, Bldg. 2, Suite 222**
**Austin, TX 78746**

Date(s) debt was incurred **04/05/2016**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.396**

**Nonpriority creditor's name and mailing address**
**LEDOUX, JENNIFER**
**6318 GREEN VALE LN**
**HOUSTON, TX 77066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.397**

**Nonpriority creditor's name and mailing address**
**LEE, REALUS**
**13503 NORTHBOROUGH DR #1302**
**HOUSTON, TX 77067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.398**

**Nonpriority creditor's name and mailing address**
**LEWIS, BARBARA**
**4407 GROTON**
**HOUSTON, TX 77047**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.399**

**Nonpriority creditor's name and mailing address**
**LEWIS, CASSANDRA**
**4620 FM 565 SOUTH**
**BAYTOWN, TX 77523**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.400** | Nonpriority creditor's name and mailing address

**LEWIS, GEORGE**
**2622 30TH AVE  N**
**TEXAS CITY, TX 77590**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.401** | Nonpriority creditor's name and mailing address

**LEWIS, KARYN**
**3327 COLLEVILLE SUR MER LN**
**SPRING, TX 77388**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.402** | Nonpriority creditor's name and mailing address

**LEWIS, MONIQUE**
**8022 BOSPHORUS ST**
**HOUSTON, TX 77044-7704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.403** | Nonpriority creditor's name and mailing address

**Lexion Medical LLC**
**545 Atwater Circle**
**Saint Paul, MN 55103**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,979.06**

---

**3.404** | Nonpriority creditor's name and mailing address

**LEYDON, TERRY**
**15411 FAWN VILLA DR**
**HOUSTON, TX 77068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.405** | Nonpriority creditor's name and mailing address

**LIONTI, KAREN**
**4558 BENNING DR**
**HOUSTON, TX 77035**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.406** | Nonpriority creditor's name and mailing address

**LIVINGSTON, JORRELL**
**25335 BUDDE RD # 311**
**SPRING, TX 77380**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor __University General Hospital, LLC_____ Case number (if known) __17-42570-rfn11__
      Name

| | |
|---|---|
| 3.407 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LOMAS JR, MANUEL** | ■ Contingent |
| **1323 WOODFAIR DR** | ■ Unliquidated |
| **RICHMOND, TX 77469** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.408 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LONGORIA, LOREE** | ■ Contingent |
| **1018 GLADSTONE DR** | ■ Unliquidated |
| **LEAGUE CITY, TX 77573** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.409 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LONGSWORTH, ANESSIA** | ■ Contingent |
| **16623 SHORECREST** | ■ Unliquidated |
| **HOUSTON, TX 77095** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.410 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LOOSA, AMELIA** | ■ Contingent |
| **7534 S  SANTA FE DR** | ■ Unliquidated |
| **HOUSTON, TX 77061** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.411 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LOPEZ, RENE** | ■ Contingent |
| **8990 RICHMOND AVE #400** | ■ Unliquidated |
| **HOUSTON, TX 77063** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.412 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LU, PEIWEN** | ■ Contingent |
| **2671 BRAZOS RIDGE DR** | ■ Unliquidated |
| **SUGAR LAND, TX 77479** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.413 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **Unknown** |
| **LUQUE, MARIA** | ■ Contingent |
| **1102 AVENUE K** | ■ Unliquidated |
| **SOUTH HOUSTON, TX 77587** | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | **Basis for the claim: Former Employee** |
| | Is the claim subject to offset? ■ No ☐ Yes |

Debtor   **University General Hospital, LLC**      Case number (if known)  **17-42570-rfn11**

Name

---

3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
---|---|---|---

**LUTTRULL, JENNIFER**
**4065 BRAESWOOD APT 178**
**HOUSTON, TX 77025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LYLE, NANCY**
**1823 ASH FOREST DR**
**KATY, TX 77450-7745**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**LYNN, SHARON**
**6415 WINDING COVE LN**
**KATY, TX 77450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MACKEY, CHARMAYNE**
**9900 BROADWAY ST #2111**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,996.51

**Maine Standards Company LLC**
**221 US Route 1**
**Cumberland Foreside, ME 04110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MANALEL, MINIMOL**
**5243 FOUNTAINBROOK LANE**
**SUGAR LAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MANUEL, DAN A**
**11919 MADISON KENDALL LN**
**HOUSTON, TX 77066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **University General Hospital, LLC**                    Case number (if known)   **17-42570-rfn11**

Name

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MAPULA, MANUEL**
**11705 GLOGER**
**HOUSTON, TX 77039**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTIN, JUDITH**
**14811 WEST ROAD APT # 5214**
**HOUSTON, TX 77095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTIN, MONICA**
**2211 SOUTH BRAESWOOD APT 21F**
**HOUSTON, TX 77030**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTIN, RACQUEL**
**2345 W FERNHURT DR  #905**
**KATY, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTINEZ JR, ROBERT A.**
**14507 CYPRESS LEAF DR**
**CYPRESS, TX 77429**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTINEZ, DIANE**
**8241 FUQUA GARDENS**
**HOUSTON, TX 77075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MARTINEZ, FRANCISCO**
**8241 FUQUA GARDENS DR.**
**HOUSTON, TX 77075**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **University General Hospital, LLC**      Case number (if known) **17-42570-rfn11**

Name

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MARTINEZ, MARIO**
**4211 WOODMONT**
**HOUSTON, TX 77045**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MASON, DEBRA S**
**3403 BRIGHTON COVE CT**
**FRESNO, TX 77545**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,938.56** |
|---|---|---|---|

**Matera Paper Company**
**PO Box 200184**
**San Antonio, TX 78220**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MATHEW, BEENA**
**3810 ORCHARD SPRINGS CT**
**SUGAR LAND, TX 77479**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MATHEW, JEPSY**
**2410 WAR ADMIRAL**
**STAFFORD, TX 77477**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MATHEW, SNEHA**
**707 SOUTH MARATHON WAY**
**STAFFORD, TX 77477**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**MATHEW, SOJOMOL**
**707 S MARATHON WAY**
**STAFFORD, TX 77477**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **University General Hospital, LLC**                     Case number (if known)   **17-42570-rfn11**
Name

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MATHIS, SUSAN**<br>**8013 BROOKSIDE ROAD**<br>**PEARLAND, TX 77581** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Former Employee** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MAYSHACK, LINDA**<br>**2250 S. GESSNER RD. APT 311**<br>**HOUSTON, TX 77063-7701** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Former Employee** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,107.62** |
|---|---|---|---|
| | **McAfee & Taft**<br>**211 North Robinson**<br>**Oklahoma City, OK 73102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MCCLELLAND, WANDA**<br>**2307 CREEK MEADOWS DRIVE**<br>**MISSOURI CITY, TX 77459** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Former Employee** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MCCULLOUGH, LACHELE N**<br>**4130 ALMOND LAKE DRIVE**<br>**HOUSTON, TX 77047** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Former Employee** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **MCFARLAND, TCHERYLINDRIA**<br>**2400 BUSINESS CENTER DR  #236**<br>**PEARLAND, TX 77584** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Former Employee** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,640.06** |
|---|---|---|---|
| | **McKesson Technologies Inc**<br>**22423 Network Place**<br>**Chicago, IL 60673-1224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Trade Debt** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor __University General Hospital, LLC__      Case number (if known) __17-42570-rfn11__

Name

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MCWILLIAMS, VERA D**
**13107 FERRY HILL LN**
**HOUSTON, TX 77015**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,779.06 |
|---|---|---|---|

**Med One 5328**
**PO Box 271128**
**Salt Lake City, UT 84127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Equipment Financing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,460.94 |
|---|---|---|---|

**Med One 5329**
**PO Box 271128**
**Salt Lake City, UT 84127**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Equipment Financing__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,811.50 |
|---|---|---|---|

**Medhost Direct, Inc.**
**2739 Momentum Place**
**Chicago, IL 60689**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,006.51 |
|---|---|---|---|

**Medical Contracting Services, Inc.**
**10300 N Central Expy Suite 470**
**Dallas, TX 75231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**Medical Journal - Houston**
**PO Box 686**
**Dickinson, TX 77539**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.42 |
|---|---|---|---|

**Medical Technology Associates**
**6840 Cross Bayou Drive**
**Largo, FL 33777**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.449** | Nonpriority creditor's name and mailing address
**Medisafe America LLC**
**9423 Corporate Lake Drive**
**Tampa, FL 33634**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$727.03

---

**3.450** | Nonpriority creditor's name and mailing address
**Medivators Inc.**
**NW 9841**
**Minneapolis, MN 55485**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,704.34

---

**3.451** | Nonpriority creditor's name and mailing address
**Medline Industries Inc.**
**Dept 1080**
**Dallas, TX 75312**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

$18,610.37

---

**3.452** | Nonpriority creditor's name and mailing address
**MEDLOCK, NATALIE**
**9239 CANADY PARK LN**
**HOUSTON, TX 77075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.453** | Nonpriority creditor's name and mailing address
**MEDMANAGEMENT, LLC**
**1500 URBAN CENER DR**
**BIRMINGHAM, AL 35242**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,860.00

---

**3.454** | Nonpriority creditor's name and mailing address
**MEDOVATIONS, INC**
**102 E. KEEFE AVE**
**MILWAUKEE, WI 53212**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$2,207.04

---

**3.455** | Nonpriority creditor's name and mailing address
**MedShape, Inc**
**1575 Northside Drive NW**
**Atlanta, GA 30318**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

$1,120.00

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$159,439.37** |
|---|---|---|---|

**Medtronic USA Inc**
**PO Box 848066**
**Dallas, TX 75284-8006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MENDEZ, LUCIA**
**3163 ROE DR**
**HOUSTON, TX 77087**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MENDOZA, JUAN**
**506 DELL COURT**
**HOUSTON, TX 77009**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MERIDETH, PATRICK**
**9221 PAGEWOOD LN #136**
**HOUSTON, TX 77063**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,796.59** |
|---|---|---|---|

**Merit Medical Systems Inc**
**PO Box 204842**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**MESCHEDE, JAMES**
**742 WINDLASS WAY**
**CROSBY, TX 77532**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,003.50** |
|---|---|---|---|

**Methodist Pathology Associates PLLC**
**6565 Fannin Street, B490**
**Houston, TX 77030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$87,369.90**

**Metro Linen Service**
**PO BOX 978**
**MCKINNEY, TX 75070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$470.89**

**MGC Diagnostics/Medical Graphics Corp**
**Bin #11**
**Minneapolis, MN 55480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,305.00**

**Microbiology Specialists Inc.**
**8911 Interchange Drive**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.466** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MILAM, LATRICIA**
**4113 ENGLEWOOD**
**HOUSTON, TX 77026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**MILLS, JULIA**
**1211 REAMS COURT**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240,956.63**

**MINT MEDICAL PHYSICIAN STAFFING LP**
**2500 WILCREST, SUITE 100**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$198.72**

**MircroAire**
**Lock Box 96565**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
_____
Name

Case number *(if known)* **17-42570-rfn11**

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.33 |
|---|---|---|---|

**Mobile Instrument Service**
**333 Water Avenue**
**Bellefontaine, OH 43311-1777**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MONSALVE, ANDERSON**
**12410 WEST LITTLE YORK APT. 135**
**HOUSTON, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MOODY, DEE**
**709 B CLAREMONT PARKWAY**
**MARBLE FALLS, TX 78654**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MOODY, MAUNIE**
**9154 STABLEWOOD TERRACE**
**WALLER, TX 77484-7748**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MOORE, LAURIE**
**3018 SAM HOUSTON DR**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MORENO, MARYFRANCES**
**7308 DENISON**
**HOUSTON, TX 77020**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MOSELEY, NELLIE**
**9450 WOODFAIR DR #1713**
**HOUSTON, TX 77036**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**

Name

Case number (if known) **17-42570-rfn11**

| | | |
|---|---|---|
| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**MOYA, JORGE**
**7822 BRAEBURN VALLEY DR**
**HOUSTON, TX 77074**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.478 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **$2,706.00**

**Munsch Hardt Kopf & Harr, P.C.**
**Accounting**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.479 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **Unknown**

**MWANCHA, RUTH**
**11490 HARWIN DR APT 1207**
**HOUSTON, TX 77072**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.480 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **$233.75**

**MyStaffingPro**
**PO Box 642**
**Toldeo, OH 43697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

3.481 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **Unknown**

**NAIR, DEEPA**
**11738 N EVELYN CIRCLE**
**HOUSTON, TX 77071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.482 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **Unknown**

**NARVAEZ, AMANDA**
**2425 KATY FLEWELLEN RD**
**KATY, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

3.483 | **Nonpriority creditor's name and mailing address** — As of the petition filing date, the claim is: Check all that apply. — **Unknown**

**NATAPOVA, SOFIA**
**5001 WOODWAY #1405**
**HOUSTON, TX 77056**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,340.00** |
|---|---|---|---|

**National Technical Information Service**
**5301 Shawnee Rd.**
**Alexandria, VA 22312**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$741.52** |
|---|---|---|---|

**Natus Medical Incorporated**
**PO Box 3604**
**Carol Stream, IL 60132-3604**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NAVARRO, ANGELICA**
**415 GOBER ST**
**HOUSTON, TX 77017**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**NELSON, MEGAN**
**15580 GEORGE**
**BATON ROUGE, LA 70816**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,501.00** |
|---|---|---|---|

**Nephropathology Associates, PLC**
**PO Box 34113**
**Little Rock, AR 72203-4113**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,088.56** |
|---|---|---|---|

**NetworkEquipment.net**
**1108 NW 16th**
**Okahoma City, OK 73106**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$427.52** |
|---|---|---|---|

**Newbart Products Inc.**
**10424 Rockley Road**
**Houston, TX 77099**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__ Case number (if known) __17-42570-rfn11__
Name

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NEWTON, ANITA**
**15700 LEXINGTON BLVD #1616**
**SUGAR LAND, TX 77478**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|

**NexGen Biologics**
**32735 Seagate Drive, Unit 208**
**Rancho Palos Verdes, CA 90275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGO, KHAHAN**
**1035 MOCKINGBIRD WAY**
**SUGAR LAND, TX 77478**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, BICHNGOC**
**6408 WOODHAVEN**
**PEARLAND, TX 77584**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, EMILY**
**7714 WINKLEMAN ROAD**
**HOUSTON, TX 77083**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, JOSHUA**
**872 BETTINA CT. #329**
**HOUSTON, TX 77024**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, PHUNG**
**1228 BOMAR ST.**
**HOUSTON, TX 77006**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **University General Hospital, LLC**     Case number (if known)   **17-42570-rfn11**

Name

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, QUYEN**
**6408 WOODHAVEN**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NGUYEN, SON**
**17519 GLEN MORRIS DR**
**HOUSTON, TX 77084-7708**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NINAN, NITHIN**
**17002 BLUE MIST CIR**
**SUGAR LAND, TX 77498**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NIX, ELIZABETH**
**1810 MORSE**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NNUBIA, AIDAN**
**2727 SYNOTT RD APT 1205**
**HOUSTON, TX 77082**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**NOBLE, LAUREN**
**PO BOX 218188**
**HOUSTON, TX 77218**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,773.38 |
|---|---|---|---|

**Northwest Houston Surgical Association,**
21216 NW Freeway #250
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

---

**3.505**

**Nonpriority creditor's name and mailing address**
**NOWLAKHA, POOJA**
**17518 LANTANA DR**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**
**NWAIWU-OPARAH, SOPURUCHI**
**10001 LARKWOOD DR APT 2922**
**HOUSTON, TX 77096**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**
**NWANGUMA, JULIET**
**1915 RUSTIC OAK LN**
**RICHMOND, TX 77469**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**
**NWOSU, NKEMAKOLEM**
**4807 REBEL RIDGE**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509**

**Nonpriority creditor's name and mailing address**
**OBASI, JOAN**
**7400 BELLERIVE DR**
**HOUSTON, TX 77036**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510**

**Nonpriority creditor's name and mailing address**
**OBI, IFY**
**8606 DOVES YARD**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511**

**Nonpriority creditor's name and mailing address**
**OCTAVIANO, HUGO**
**502 CLINTON ST**
**CONROE, TX 77301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__      Case number (if known) __17-42570-rfn11__
        Name

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ODOLLIL, DAISY**
**3703 ALDRIDGE DR**
**MISSOURI CITY, TX 77459**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ODUSOLA, MONA**
**4923 RANDALL OAK DR**
**SUGAR LAND, TX 77478**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.54 |
|---|---|---|---|

**Office Depot, Inc.**
**PO Box 630813**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OFOR, EBERE**
**6919 PUERTA VISTA LN**
**HOUSTON, TX 77083**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OKOYE, FRANK**
**4007 CLAYTON BEND CT**
**HOUSTON, TX 77082**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OLIVER, JUSTIN**
**9906 ROSEHAVEN**
**HOUSTON, TX 77051**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**OLSEM, CHARMAINE M.**
**13808 LILAC VIEW COURT**
**PEARLAND, TX 77584**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OLSEN, ROSSIE A.**
**10010 WESTERN PINE TRAIL**
**KATY, TX 77494**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OLUKOYA, FUNMI**
**21802 SILVERPEAK CT**
**KATY, TX 77450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OMARI, SUAD**
**2423 WINROCK BLVD APT 184**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,655.35** |
|---|---|---|---|

**OPA 1, LTD**
**5420 West Loop S**
**Bellaire, TX 77401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.09** |
|---|---|---|---|

**Optum360**
**PO Box 88050**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OROZCO, DANILO**
**7811 TIERRA VERDE DR**
**HOUSTON, TX 77083**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OROZCO-SERMENO, MAURICIO**
**6231 GASTON ST**
**HOUSTON, TX 77016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ORTEGA, MICHAEL A.**
**3334 SOUTHDOWN DR**
**PEARLAND, TX 77584**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,790.00** |
|---|---|---|---|

**OrthoMed**
**4710 Katy Fwy**
**Houston, TX 77007**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Osiris Therapeutics Inc**
**PO Box 37553**
**Baltimore, MD 21297-3553**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**OSSOM, IDORENYIN**
**15200 PARKROW #914**
**HOUSTON, TX 77084**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,143.60** |
|---|---|---|---|

**OsteoMed LLC**
**2241 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,313.94** |
|---|---|---|---|

**Ostrom Morris PLLC**
**6363 Woodway, Suite 300**
**Houston, TX 77057**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,858.49** |
|---|---|---|---|

**Owens & Minor**
**PO Box 841420**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

---

**3.533**

**Nonpriority creditor's name and mailing address**

**OZAN, MIA**
**450 NORMANDY APT #305**
**HOUSTON, TX 77015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534**

**Nonpriority creditor's name and mailing address**

**P.C.S Copier Service Inc.**
**PO Box 42261**
**Houston, TX 77242**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**$338.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535**

**Nonpriority creditor's name and mailing address**

**PAGE, SHONDIA**
**9292 IMOGENE #416**
**HOUSTON, TX 77036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536**

**Nonpriority creditor's name and mailing address**

**Paragon 28 Inc.**
**4B Inverness Court East**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**$25,897.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.537**

**Nonpriority creditor's name and mailing address**

**Parcus Medical LLC**
**6423 Parkland Drive**
**Sarasota, FL 34243**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**$2,220.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.538**

**Nonpriority creditor's name and mailing address**

**PARKER, TEMECA**
**4002 CARAVEL CIRCLE**
**MISSOURI CITY, TX 77459-7745**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.539**

**Nonpriority creditor's name and mailing address**

**PartsSource Inc.**
**PO Box 645186**
**Cincinnati, OH 45264-5186**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

**$8,232.04**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PATHAK, KAMAL**
**9203 CHESTER PARK DR**
**HOUSTON, TX 77064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PATTERSON, STANLEY**
**3821 PALM STREET**
**HOUSTON, TX 77004-7700**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PAUL, PHIL**
**4918 BROWER CREST**
**PASADENA, TX 77504**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PAYTON, PHYLLIS**
**11100 BRAESRIDGE #2323**
**HOUSTON, TX 77071**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PAYTON-THOMAS, ROSE**
**P O  BOX 690641**
**HOUSTON, TX 77269**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,600.00 |
|---|---|---|---|

**Peak Neuromonitoring Physicians I, PLLC**
**PO Box 4585**
**Houston, TX 77210-4585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PELLERIN, TARSHA**
**8014 LYNETTE STREET**
**HOUSTON, TX 77028**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **University General Hospital, LLC**
_____
Name

Case number (if known) **17-42570-rfn11**

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PENA, ANGELA**
**646 GATESHIP DR**
**HOUSTON, TX 77073**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PENA, CLAUDIA A.**
**10039 REVELSTOKE DR**
**HOUSTON, TX 77086**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PENN, JENNIFER**
**2202 NAOMI BLVD  #1**
**HOUSTON, TX 77054**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PENN, TONI**
**9850 S  KIRKWOOD #1216**
**HOUSTON, TX 77099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PERALTA, ELIZABETH**
**14423 LAREDO ST**
**HOUSTON, TX 77015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PERKINS, BRANDY**
**6041 WINSOME LANE #109**
**HOUSTON, TX 77057**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PERKINS, MYISHA**
**6836 FOSTER**
**HOUSTON, TX 77021**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PERMENTER, TY**
2820 FOUNTAIN VIEW #209
HOUSTON, TX 77057

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PERRIDON, EVELYN**
315 WILD BIRD DRIVE
SPRING, TX 77373

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PETRY, LORA**
938 ZOE ST #2
HOUSTON, TX 77020

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PHAM, JOHN**
8210 SCENIC SHORE CT
SUGAR LAND, TX 77478

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,227.12 |
|---|---|---|---|

**Physicians' Record Company**
3000 S. Ridgeland Ave.
Berwyn, IL 60402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.97 |
|---|---|---|---|

**PitneyBowes**
PO Box 371874
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**POST, MARY**
2602 HOLLYBROOK DR
SEABROOK, TX 77586

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **University General Hospital, LLC**  Case number (if known) **17-42570-rfn11**
_____
Name

| | | |
|---|---|---|
| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**POTIER, FAYE**
**251 BLACK ROCK RD**
**HOUSTON, TX 77015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**POWERS, AMBREA**
**15222 PAXTON LANDING LANE**
**CYPRESS, TX 77433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**POWERS, MARY**
**5902 LATTIMER DRIVE**
**HOUSTON, TX 77035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**PRASLA, NESHA**
**5502 CEDAREDGE CT**
**SUGAR LAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$20,015.05** |

**Praxair Distribution, Inc**
**PO Box 120812**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **$1,138.15** |

**Precision Dynamics Corporation**
**PO Box 71549**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |

**PRICE, MAUREEN**
**10939 VANDERFORD DRIVE**
**HOUSTON, TX 77099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,376.98** |
|---|---|---|---|

**Priority Health Management, LLC**
**PO Box 2489**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.40** |
|---|---|---|---|

**Professional Media Resources**
**Post Office Box 460380**
**St. Louis, MO 63146-7380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,919.50** |
|---|---|---|---|

**ProHealth Staffing, LLC**
**100 West Harrison**
**Seattle, WA 98119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PROVOST, ALICE**
**3947 CAMELIA GLEN LN**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PRUNER, LAUREN**
**145 HEIGHTS BLVD  APT 122**
**HOUSTON, TX 77007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PURVIS, KATHLEEN**
**702 NORTH OAK DRIVE**
**HOUSTON, TX 77073-7707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**PUTHENPURACKAL, MOBIN BABU**
**550 STAFFORD RUN APT# 802**
**STAFFORD, TX 77477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (*if known*) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,022.26 |
|---|---|---|---|

**Quik Print**
**10637 N. May**
**Oklahoma City, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,377.70 |
|---|---|---|---|

**RadLink**
**Accounting Office**
**7322 Southwest Frwy., Suite 780**
**Houston, TX 77074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RAJU, FEBIN**
**4931 HICKORY BRANCH LN**
**SUGARLAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RAMIREZ-PARRA, MARIA**
**10910 GULF FWY**
**HOUSTON, TX 77034**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RAMOS, DANIELA**
**3031 WESTWOOD MANOR LN**
**HOUSTON, TX 77047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RAMOS, REYNA**
**2714 HITCHCOCK**
**HOUSTON, TX 77093**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RANDLE, VERLICIA**
**1751 WEST WALKER STREET #12307**
**LEAGUE CITY, TX 77062**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RASIC, MIRJANA**
**2601 SOUTH BRAESWOOD #1405**
**HOUSTON, TX 77025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RAYFORD, ARLENA**
**8023 12TH FAIRWAY**
**HUMBLE, TX 77346**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144,856.15** |
|---|---|---|---|

**ReedSmith LLP**
**PO Box 75318**
**Baltimore, MD 21275**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Legal services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**REINE, WINONA**
**1106 SUWANEE LN**
**HOUSTON, TX 77090**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RENDEROS, ROSA**
**9923 LEAWOOD BLVD**
**HOUSTON, TX 77099**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RENDON, CRISTIAN**
**3820 SPRING VALLEY ROAD #1404**
**ADDISON, TX 75001**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RESELOSA, SESENITA**
**2302 APPIAN WAY**
**PEARLAND, TX 77584**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__          Case number (if known) __17-42570-rfn11__
      Name

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.589** | Nonpriority creditor's name and mailing address

REYES, ADRIAN
3610 KREBBS CT
MANVEL, TX 77578

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590** | Nonpriority creditor's name and mailing address

REYES, JOSE
7611 LINDEN ST
HOUSTON, TX 77012

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | Nonpriority creditor's name and mailing address

REYNA, HELEN CHRISTINE
13640 FM 442
NEEDVILLE, TX 77461

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address

RHODES, TROY
19923 HICKORY WIND DR
HUMBLE, TX 77346

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address

RICHARD, BRITTNEY
10203 SRALLA RD
CROSBY, TX 77532

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address

RICHARD, SANDIA
14651 PHILIPPINE ST #5107
HOUSTON, TX 77040

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address

RICHARDSON, GWENDOLYN
2910 REED ROAD #314
HOUSTON, TX 77051

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
    Name

Case number (if known) **17-42570-rfn11**

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RICHMOND, SHARON**
**90 UVALDE APT2002**
**HOUSTON, TX 77015**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,494.43 |
|---|---|---|---|

**Ricoh USA, Inc.**
**PO Box 660342**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RINGER, NATASHA**
**3611 SARDIS LN**
**HOUSTON, TX 77088**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RIVERA, SAMANTHA**
**10231 HANNON DR**
**HOUSTON, TX 77040-7704**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROBERTS, DOMONIQUE**
**1000 FARRAH LANE #531**
**STAFFORD, TX 77477**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RODRIGUEZ, ANGELICA**
**15810 WISTERIA HILL ST.**
**HOUSTON, TX 77073**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RODRIGUEZ, FERMIN B.**
**11529 CHIMNEY ROCK**
**HOUSTON, TX 77035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RODRIGUEZ, LISA**
**4803 FOREST HURST GLEN**
**SPRING, TX 77373**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RODRIGUEZ, RUBEN**
**2974 CR 144**
**ALVIN, TX 77511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROJALES, JOCELYN R.**
**7806 IRIS GLEN LN**
**RICHMOND, TX 77407**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROJAS DE NOVOA, GUADALUPE**
**430 COUNTY RD 949J UNIT 6**
**ALVIN, TX 77511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROSS, MARCUS**
**522 KENWOOD LN**
**HOUSTON, TX 77013**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROSS, ROSIE**
**14007 SUFFOLK WOODS LN**
**HOUSTON, TX 77047**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ROSSER, WYLAN W**
**502 HERRING ST**
**ALVIN, TX 77511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__      Case number (if known) __17-42570-rfn11__
Name

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,584.00 |

**Royal Cup Inc**
PO Box 206011
Dallas, TX 75320-6011

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,811.33 |

**RR Donnelley**
PO Box 932721
Cleveland, OH 44193

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RUEDA, GLORIA**
11215 HALL RANCH CT
HOUSTON, TX 77075

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RUFFINO, JERRY**
6923 MUSCLEWOOD RD
BAYTOWN, TX 77521

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RUIZ, MELISSA**
11103 GAVIN PLACE DR
HOUSTON, TX 77088

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RUMPH, ERIC**
8877 LAKES AT 610 DR  APT 374
HOUSTON, TX 77054

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RUMPH, MICHELE**
852 JAQUET
BELLAIRE, TX 77401

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RUSSELL, CARY D.**
**16214 PEACH BOUGH LANE**
**HOUSTON, TX 77095**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,748.09** |
|---|---|---|---|

**RX REMOTE SOLUTIONS, INC**
**6409 QUAIL HOLLOW ROAD**
**MEMPHIS, TN 38120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RX REMOTE SOLUTIONS, INC**
**c/o Peter L. Scimeca**
**Andrews Davis, PC**
**100 N. Broadway, Suite 3300**
**Oklahoma City, OK 73102**

Date(s) debt was incurred **4/19/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SALAZAR, PATRICIA**
**2801 FM 2004 APT 1210**
**TEXAS CITY, TX 77591**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SAMPSON, KAREN**
**3611 LUCA ST**
**HOUSTON, TX 77021**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SANCHEZ, ELVIA**
**16106  SAN RIO  DR**
**HOUSTON, TX 77083**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SANDS, DENNIS**
**9515 JOWETT**
**SUGAR LAND, TX 77098**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.624** | Nonpriority creditor's name and mailing address

**SANTOS, NORDELINA B.**
**7811 TIERRA VERDE DRIVE**
**HOUSTON, TX 77083**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.625** | Nonpriority creditor's name and mailing address

**SAQUIAN, EVELYN**
**9214 MARLIVE LN**
**HOUSTON, TX 77025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.626** | Nonpriority creditor's name and mailing address

**SARRAJ, KHALED**
**7510 BURGOYNE RD #1202**
**HOUSTON, TX 77063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.627** | Nonpriority creditor's name and mailing address

**SASSAMAN, GALE**
**21375 W PINE LANE**
**NEW CANEY, TX 77357**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.628** | Nonpriority creditor's name and mailing address

**SAVOY, JOHNA**
**16371 ANGEL ISLAND LN**
**HOUSTON, TX 77053**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.629** | Nonpriority creditor's name and mailing address

**SAWICKI, KATHRYN**
**5908 WILDFIRE STREET**
**LEAGUE CITY, TX 77573**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.630** | Nonpriority creditor's name and mailing address

**SCA Pharmaceuticals**
**12120 Colonel Glenn Road**
**Little Rock, AR 72210**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,481.82**

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

---

**3.631**

**Nonpriority creditor's name and mailing address**

SchureMed
452 Randolph St
Abington, MA 02351

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$881.00**

---

**3.632**

**Nonpriority creditor's name and mailing address**

SCHWAB, KRISTIN
1711 CALICO CANYON
PEARLAND, TX 77581

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.633**

**Nonpriority creditor's name and mailing address**

SECHLER, FADILA
2111 LAUREL SPRINGS LN
KINGWOOD, TX 77339

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.634**

**Nonpriority creditor's name and mailing address**

SETRAC - SouthEast Texas Regional Adviso
1111 North Loop West
Houston, TX 77008-5806

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.635**

**Nonpriority creditor's name and mailing address**

Shaelock Enterprises, Inc.
PO Box 2345
Spring, TX 77383

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$1,396.42**

---

**3.636**

**Nonpriority creditor's name and mailing address**

Shannon Yarrow HealthCare Consulting, LL
PO Box 7908
Jackson, WY 83002

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$9,856.57**

---

**3.637**

**Nonpriority creditor's name and mailing address**

SHEPLER, DIANNE
1054 AUTUMNWOOD DR
MAGNOLIA, TX 77354

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.638** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

SHEPPARD, RAKESHIA
4315 AMBROSIA LANE
BAYTOWN, TX 77521

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00**

Sherre Lewis
12126 Hilltop Dr
Willis, TX 77318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

SHIELDS, CASSANDRA
8118 PANAY
HOUSTON, TX 77033

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,342.91**

Shred Pro Services LLC
PO Box 690166
Houston, TX 77269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

SHYJU, LINDA
11675 WEST BELLFORT ST #918
HOUSTON, TX 77099

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,420.00**

SI-Bone Inc
3055 Olin Ave
San Jose, CA 95128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

SIGWORTH, BEN
1709 WYNGATE DR
DEER PARK, TX 77536

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.645** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SIGWORTH, TERRY
1709 WYNGATE DRIVE
DEER PARK, TX 77536

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SIMPSON, JAYNEAN
1818 EDENA DR
HOUSTON, TX 77049

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SIMPSON, TRENT
2828 COLLINGSWORTH APT #6
HOUSTON, TX 77026

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

SINGLETON, LATONDRA
13006 GENTLEWATER DR
HOUSTON, TX 77044

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,135.75**

Sizewise Rentals, LLC
PO Box 320
Ellis, KS 67637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00**

Smith & Nephew, Inc
75 Remittance Drive, Suite 6493
Chicao, IL 60675-6493

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$101,588.65**

SMITH & NEPHEW, INC.
PO Box 951605
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC_____ Case number (if known) __17-42570-rfn11__

Name

| | |
|---|---|
| 3.652 | **Nonpriority creditor's name and mailing address** |

**SMITH, AMANDA**
**5045 CRENSHAW #529**
**PASADENA, TX 77505**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.653 | **Nonpriority creditor's name and mailing address** |

**SMITH, ARNOLD J**
**4806 LEFFINGWELL ST.**
**HOUSTON, TX 77026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.654 | **Nonpriority creditor's name and mailing address** |

**SMITH, SHATORI**
**4806 LOFFINGWELL STREET**
**HOUSTON, TX 77026**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.655 | **Nonpriority creditor's name and mailing address** |

**Solis Medical Lab**
**7501 Fannin Street, Suite 800**
**Houston, TX 77054**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **$18,454.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.656 | **Nonpriority creditor's name and mailing address** |

**SOLIS, PAULA**
**80 LYERLY #48**
**HOUSTON, TX 77022**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.657 | **Nonpriority creditor's name and mailing address** |

**SOLLOWIN, GABRIELA**
**1724 PASADENA STREET**
**HOUSTON, TX 77023**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.658 | **Nonpriority creditor's name and mailing address** |

**SOOKNANAN, APRIL**
**2709 CALICO CREEK LANE**
**PEARLAND, TX 77584**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.659** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,495.00**

**South Texas Nuclear Pharm**
**8399 Almeda Road Suite K**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,212.50**

**Southeastern Employee Benefit Services**
**Lockbox #24996**
**Chicago, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$231.74**

**Sparkletts & Sierra Springs**
**PO Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,626.01**

**Spectranetics Corp**
**4588 Solutions Center**
**Chicago, IL 60677-4005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,275.00**

**Spinal Elements**
**3115 Melrose Drive, Suite 200**
**Calsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.664** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,256.50**

**SpineSmith Holdings, LLC**
**93 Red River Street**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.665** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SRIPADA, SUPRIYA**
**225 FLUOR DANIEL DRIVE APT 13202**
**SUGARLAND, TX 77479**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

---

**3.666**

**Nonpriority creditor's name and mailing address**
**Stambush Staffing, LLC**
**PO Box 2167**
**Stafford, TX 77477-2167**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,912.04**

---

**3.667**

**Nonpriority creditor's name and mailing address**
**Staples Advantage**
**Dept DAL**
**Chicago, IL 60696**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$24,388.96**

---

**3.668**

**Nonpriority creditor's name and mailing address**
**STAR MEDICAL THERAPY**
**15255 GULF FREEWAY**
**HOUSTON, TX 77034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,750.00**

---

**3.669**

**Nonpriority creditor's name and mailing address**
**STEPHENS, SANTITA**
**P O BOX 680085**
**HOUSTON, TX 77268**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.670**

**Nonpriority creditor's name and mailing address**
**STERLING, TAKEEYAH**
**16707 VISTA OAK DR**
**HOUSTON, TX 77073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.671**

**Nonpriority creditor's name and mailing address**
**STEWART, JEFFREY**
**14019 TEALSTONE FALLS CT**
**HOUSTON, TX 77044**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.672**

**Nonpriority creditor's name and mailing address**
**STEWART, SYLVIA**
**6520 BROADWAY ST  #1112**
**PEARLAND, TX 77581**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor __University General Hospital, LLC__  Case number (if known) __17-42570-rfn11__
           Name

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,072.18 |

**3.673**

Nonpriority creditor's name and mailing address
**Stryker Endoscopy**
**C/O Stryker Sales Corp**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $23,072.18
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674**

Nonpriority creditor's name and mailing address
**Stryker Instruments**
**P O Box 70119**
**Chicago, IL 60673-0119**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $30,244.64
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675**

Nonpriority creditor's name and mailing address
**Stryker Orthopedics**
**Attn: JP Morgan - 93213**
**1360 N. Wood Dale Rd., #B**
**Wood Dale, IL 60191**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $27,841.77
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676**

Nonpriority creditor's name and mailing address
**Stryker Sales Corporation**
**1950 Hanahan Road**
**Charleston, SC 29406**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $727.43
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677**

Nonpriority creditor's name and mailing address
**STUCKEY, JUDITH**
**4143 ALECIA DR**
**PASADENA, TX 77503-7750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678**

Nonpriority creditor's name and mailing address
**SULLIVAN, SARAH**
**24043 SCHULTS MEADOW LN**
**SPRING, TX 77389**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  Unknown
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679**

Nonpriority creditor's name and mailing address
**Summer Energy, LLC**
**PO Box 660938**
**Dallas, TX 75266**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  $22,271.26
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **University General Hospital, LLC**       Case number (if known)    **17-42570-rfn11**
Name

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **SUNNY, SOLLY**<br>**13023 WINDMILL HILL CIRCLE**<br>**RICHMOND, TX 77407** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **SURBER, TONI**<br>**15445 OCONNOR DR**<br>**SPLENDORA, TX 77372** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$846.00** |
|---|---|---|---|
| | **Surgical Product Solutions, LLC**<br>**643 First Avenue**<br>**Pittsburgh, PA 15219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **SWANBERG, JESSICA**<br>**1704 UTAH ST**<br>**HOUSTON, TX 77007** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **SWANSON, CHARLES**<br>**2603 OLD FORT RD**<br>**SUGARLAND, TX 77479** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Former Employee__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$878.18** |
|---|---|---|---|
| | **Symmetry Surgical**<br>**3034 Owen Dr**<br>**Antioch, TN 37013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$702.15** |
|---|---|---|---|
| | **Symphony Performance Health**<br>**500 E Main St, Suite 340**<br>**Branford, CT 06405** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **University General Hospital, LLC**     Case number (if known) **17-42570-rfn11**

Name

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,085.63 |
|---|---|---|---|

**Synthes**
PO Box 8538-662
Philadelphia, PA 19171-0662

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,234.26 |
|---|---|---|---|

**Sysco Houston**
10710 Greens Crossing Blvd
Houston, TX 77038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,450.00 |
|---|---|---|---|

**T. JAYAKUMAR M.D. P.A.**
7501 Fannin St.
Houston, TX 77054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TALLEDO, CARLOS**
807 BOMAR ST
HOUSTON, TX 77006

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TANG, LINH T.**
12516 IVY RUN LANE
PEARLAND, TX 77584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TAYLOR, DANYELLE**
2100 S GESSNER RD APT. 1305
HOUSTON, TX 77063

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,245.13 |
|---|---|---|---|

**TDIndustries**
PO Box 300008
Dallas, TX 75303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**      Case number (if known) **17-42570-rfn11**
Name

---

**3.694** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,143.35**

**Teleflex Medical, Inc**
PO Box 601608
Charlotte, NC 28260-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407.35**

**Tennant Sales and Service Co**
PO Box 71414
Chicago, IL 60694-1414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,268.98**

**Terumo Medical Corporation**
PO Box 841733
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.697** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,450.25**

**The Methodist Hospital**
PO Box 4315
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,083.44**

**The Standard Register Co.**
PO Box 840655
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**THOMAS, ANNI V**
2017 ROARING SPRINGS
PEARLAND, TX 77584

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**THOMAS, BIBBY**
7815 BLAZING GAP
MISSOURI CITY, TX 77459

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Former Employee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | University General Hospital, LLC | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|
| | Name | | |

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.701**

Nonpriority creditor's name and mailing address
**THOMAS, BINU**
**3306 HIGH PINE CT**
**MISSOURI CITY, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.702**

Nonpriority creditor's name and mailing address
**THOMAS, JAMYSHA**
**3306 HIGH PINE CT.**
**MISSOURI CITY, TX 77495**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.703**

Nonpriority creditor's name and mailing address
**THOMAS, LALU**
**7206 BAITLAND DR**
**MISSOURI CITY, TX 77459**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.704**

Nonpriority creditor's name and mailing address
**THOMAS, PATRICIA**
**3203 LIGHTSTAR DR.**
**HOUSTON, TX 77045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.705**

Nonpriority creditor's name and mailing address
**THOMAS, PAULSON**
**2017 ROARING SPRINGS**
**PEARLAND, TX 77584**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.706**

Nonpriority creditor's name and mailing address
**TILLIS, JACQUELINE**
**122 GEORGIA ST**
**HOUSTON, TX 77029**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.707**

Nonpriority creditor's name and mailing address
**Tissue Regenix Wound Care, Inc**
**PO Box 841379**
**Dallas, TX 75284**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

$1,875.00

---

Debtor   **University General Hospital, LLC**        Case number (if known)  **17-42570-rfn11**

Name

---

**3.708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TO, NGOC
10311 SUGAR BRIDGE TRAIL
SUGAR LAND, TX 77498

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TORN, MICHAEL
3719 NEWHOUSE STREET
HOUSTON, TX 77019

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TORRES, ALEJANDRA
10327 APPLE TREE CIRCLE SOUTH
LA PORTE, TX 77571

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TRAMELL, TAMARA
1938 GARDEN RD #81
PEARLAND, TX 77581

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.712** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TRAN, PHUONG
2305 W ALABAMA #2101
HOUSTON, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.713** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

TRAN, VU P.
2305 W ALABAMA APT 2101
HOUSTON, TX 77098

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.714** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,150.00**

TranS1 - Quandary Medical, LLC
2629 W 32nd Ave
Denver, CO 80211-5934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC_____    Case number (if known) __17-42570-rfn11__
              Name

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,232.00 |
|---|---|---|---|

**Trilliant Surgical LTD**
**6721 Portwest Drive**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Trinity Physics Consulting, LLC**
**PO Box 670675**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,587.09 |
|---|---|---|---|

**Triple D Uniform Rental Inc**
**4031 Southerland Road**
**Houston, TX 77092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TRISTAN, KIMBERLY**
**2113 MOSS CREEK LANE**
**PEARLAND, TX 77581**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $817.54 |
|---|---|---|---|

**Truth Chemical**
**PO Box 3307**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TURAY, ZAINAB**
**7120 CARRIAGE HILL DR.**
**LAUREL, MD 20707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TURCIOS, LORENA**
**10300 WILCREST DRIVE, APT. # 103**
**HOUSTON, TX 77099**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Former Employee__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

---

**3.722** Nonpriority creditor's name and mailing address

**TUTOR, JACQUELINE**
**20606 KEEGANS LEDGE LANE**
**CYPRESS, TX 77433**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.723** Nonpriority creditor's name and mailing address

**TZ Medical Inc**
**17750 SW Upper Boones Ferry Rd**
**Portland, OR 97224**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$600.00**

---

**3.724** Nonpriority creditor's name and mailing address

**Ultimate Medical Services, Inc.**
**6004 Hwy 90 East**
**Lake Charles, LA 70615**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$37,129.68**

---

**3.725** Nonpriority creditor's name and mailing address

**United Ad Label**
**RR Donnelley**
**300 Lang Blvd.**
**Grand Island, NY 14072**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$805.49**

---

**3.726** Nonpriority creditor's name and mailing address

**UOC USA Inc.**
**20 Fairbanks**
**Irvine, CA 92618**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$28,165.00**

---

**3.727** Nonpriority creditor's name and mailing address

**UPS**
**PO Box 7247-0244**
**Philadelphia, PA 19170**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$679.38**

---

**3.728** Nonpriority creditor's name and mailing address

**US Foods**
**Box 840396**
**Dallas, TX 75284**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,880.69**

---

Debtor **University General Hospital, LLC**      Case number (if known) **17-42570-rfn11**

Name

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22.00 |
|---|---|---|---|

**US HealthWorks**
PO Box 404974
Atlanta, GA 30384

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,171.88 |
|---|---|---|---|

**US Med-Equip, Inc.**
PO Box 41321
Houston, TX 77241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VALDEZ, STEPHANIE**
4435 CICADA LANE
HOUSTON, TX 77039

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VALENZUELA, ALLISON**
7118 WINKLEMAN RD
HOUSTON, TX 77083

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,185.50 |
|---|---|---|---|

**Varco Staffing Inc**
c/o Euler Hermes Collections North Ameri
800 Red Brook Blvd., Suite 400 C
Owings Mills, MD 21117

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number **5191**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**VARUGHESE, SHYBU**
17607 BROWNING TRACE LANE
RICHMOND, TX 77407

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.23 |
|---|---|---|---|

**Vasamed, Inc**
7615 Golden Traingle Dr
Eden Prairie, MN 55344

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC__     Case number (if known) __17-42570-rfn11__
Name

| | |
|---|---|
| 3.736 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **Unknown** |

**3.736**

**Nonpriority creditor's name and mailing address**
**VASQUEZ, CHRISTIAN**
**12014 PLUMBROOK DR**
**HOUSTON, TX 77099**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.737**

**Nonpriority creditor's name and mailing address**
**VASQUEZ, JUAN**
**12014 PLUMBROOK DR**
**HOUSTON, TX 77099**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.738**

**Nonpriority creditor's name and mailing address**
**VELASQUES, TRACY**
**15200 MEMORIAL DR #3209**
**HOUSTON, TX 77079**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.739**

**Nonpriority creditor's name and mailing address**
**VICE, HARMONEE**
**27311 KINGSPORT DRIVE**
**SPLENDORA, TX 77372**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.740**

**Nonpriority creditor's name and mailing address**
**VIDOVIC, GREGORY**
**145 HEIGHTS BLVD 209**
**HOUSTON, TX 77007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741**

**Nonpriority creditor's name and mailing address**
**Viking Delivery Service**
**Attn: Accts Payable**
**11419 Brittmoore Park Dr.**
**Houston, TX 77041**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$2,252.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742**

**Nonpriority creditor's name and mailing address**
**Vilex**
**111 Moffitt Street**
**McMinnville, TN 37110**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*     **$1,051.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| | |
|---|---|
| 3.743 **Nonpriority creditor's name and mailing address**<br>**VILLA, ANNABEL**<br>**254 TALLANT**<br>**HOUSTON, TX 77076**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.744 **Nonpriority creditor's name and mailing address**<br>**VILLALBA, FRANKY**<br>**2322 BRANARD ST APT # 2105**<br>**HOUSTON, TX 77098**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.745 **Nonpriority creditor's name and mailing address**<br>**VILLANUEVA, VERONICA**<br>**5426 LAUREL CREEK WAY**<br>**HOUSTON, TX 77017**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.746 **Nonpriority creditor's name and mailing address**<br>**Vision Service Plan of Oklahoma**<br>**PO Box 45295**<br>**San Francisco, CA 94146**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$1,603.06**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.747 **Nonpriority creditor's name and mailing address**<br>**Volcano Corporation**<br>**24250 Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **$14,414.86**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade Debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.748 **Nonpriority creditor's name and mailing address**<br>**VU, TERESA**<br>**2003 GOODWIN DR**<br>**KATY, TX 77493**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.749 **Nonpriority creditor's name and mailing address**<br>**WASHINGTON, FINIS**<br>**19401 TOMBALL PKWY 525**<br>**HOUSTON, TX 77070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.       **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Former Employee**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor    __University General Hospital, LLC_____    Case number (if known)   __17-42570-rfn11_____
                    Name

| | | |
|---|---|---|
| 3.750 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**3.750**

**Nonpriority creditor's name and mailing address**

**WATERS, CYNTHIA**
**711 DEER HOLLOW DR**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.751**

**Nonpriority creditor's name and mailing address**

**WATLINGTON, SHARI**
**2512 NICHOLAS DR**
**PEARLAND, TX 77581**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.752**

**Nonpriority creditor's name and mailing address**

**WATT, WENDY**
**7313 NORTHLINE DR  #212**
**HOUSTON, TX 77076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.753**

**Nonpriority creditor's name and mailing address**

**WEBB, GERALD**
**5102 FM 2403**
**ALVIN, TX 77511-7751**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.754**

**Nonpriority creditor's name and mailing address**

**WEBBER, KANDI**
**1800 EL PASEO DRIVE #2006**
**HOUSTON, TX 77054**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.755**

**Nonpriority creditor's name and mailing address**

**WEBER, ROSIE**
**6207 QUEENSLOCH DR**
**HOUSTON, TX 77096**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.756**

**Nonpriority creditor's name and mailing address**

**WEEKS, MARK**
**8671 HWY 62 N**
**ORANGE, TX 77632**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **University General Hospital, LLC**      Case number (if known)    **17-42570-rfn11**

Name

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WERLINGER, MIKA**
**8031 HIDDEN TERRACE DR**
**SUGAR LAND, TX 77479**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WEST, JORDAN**
**306 LEISURE DR**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WEST, MARZETTA J**
**306 LEISURE DR**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WHEELER, RHONDA**
**735 DULLES AVE #209**
**STAFFORD, TX 77477**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WHELAN, BOBBI**
**130 RIVERSHYRE CIR**
**LAWRENCEVILLE, GA 30043-3437**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**White Coat Interactive, Inc.**
**c/o Robert S. Clark, Sr.**
**Clark & Jordan, L.P.**
**9225 Katy Freeway, Suite 314**
**Houston, TX 77024**

Date(s) debt was incurred __02/09/2015__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WHITEHOUSE, SARAH**
**2900 W DALLAS #426**
**HOUSTON, TX 77019**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | University General Hospital, LLC | | Case number (if known) | 17-42570-rfn11 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Leska**
**c/o Steven R. Davis**
**Davis & Davis, Attorneys at Law**
**440 Louisiana, Sutie 1850**
**Houston, TX 77002**

Date(s) debt was incurred  09/19/2016
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Litigation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS, ANGELA**
**10619 DONEGAL WAY**
**HOUSTON, TX 77047**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS, ANITA**
**606 BROOKFORD DR**
**MISSOURI CITY, TX 77489**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS, ARTHUR**
**8383 EL MUNDO #713**
**HOUSTON, TX 77054-7705**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS, KEITH**
**7776 CECIL LOOP LN**
**HOUSTON, TX 77075-7707**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIAMS, LYNQUINTA**
**1204 OLIVE ST.**
**BAYTOWN, TX 77520**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**WILLIS, SHARRON**
**1906 CADBURY CASTLE LN**
**FRESNO, TX 77545**

Date(s) debt was incurred  _
Last 4 digits of account number  _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Former Employee**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __University General Hospital, LLC_____    Case number (if known) __17-42570-rfn11__
          Name

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILLMORE, ERIC**
**18817 KRISTI LANE**
**PEARLAND, TX 77584**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILSON, DETRICK**
**4034 LONGWAY ESTATE CT**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILSON, GREER**
**2226 PLUM SQUARE CT**
**FRESNO, TX 77545**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WILSON, YOLANDA D.**
**5405 SILVER CANYON COURT**
**ROSHARON, TX 77583**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Winona Jacqueline Reine**
**c/o Theressa F. Ford**
**The Ford 4 Justice Law Firm**
**2626 South Loop West, Suite 650C**
**Houston, TX 77054**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __01/23/2017__
Last 4 digits of account number ___

Basis for the claim: __Litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WINTERS, JAMES**
**3003 WINDCHASE BLVD. #309**
**HOUSTON, TX 77082-3433**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**WOODS, LINDA**
**1811 AVE F**
**DANBURY, TX 77534-7753**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred ___
Last 4 digits of account number ___

Basis for the claim: __Former Employee__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **University General Hospital, LLC** | | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|---|
| | Name | | | |

| 3.778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **WORRELL, GLORIA L.**<br>**11034 W BELLFORT**<br>**HOUSTON, TX 77099** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$154,941.46** |
|---|---|---|---|
| | **Wound Care Advantage, LLC**<br>**304 W. Sierra Madre Blvd.**<br>**Sierra Madre, CA 91024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,767.70** |
|---|---|---|---|
| | **Wright Medical Technology, Inc**<br>**PO Box 503482**<br>**St. Louis, MO 63150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,033.00** |
|---|---|---|---|
| | **X-Spine Systems, Inc.**<br>**452 Alexandersville Road**<br>**Miamisburg, OH 45342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Trade Debt** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **YAO, MARQUITA**<br>**2203 CORAL COVE DR**<br>**PEARLAND, TX 77584** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **YARBROUGH, ANGELIA**<br>**14911 PARKVILLE**<br>**HOUSTON, TX 77068** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **YATES, NYEISHA**<br>**3023 BRACKENRIDGE ST**<br>**HOUSTON, TX 77026** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Former Employee** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **University General Hospital, LLC** | Case number (if known) | **17-42570-rfn11** |
|---|---|---|---|
| | Name | | |

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**YOUNG, RACHELLE**
**8900 CHIMNEY ROCK #44**
**HOUSTON, TX 77096**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,495.50** |
|---|---|---|---|

**YourCareUniverse, Inc**
**2739 Momentum Place**
**Chicago, IL 60689-5327**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZACHARIA, MEYAMMA**
**7535 HAWRIDGE**
**MISSOURI CITY, TX 77459**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZAMARRON, MICHAEL**
**7615 HERITAGE PINES DR**
**HUMBLE, TX 77346**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22.35** |
|---|---|---|---|

**Zerlene Davis**
**3230 W Litle York Rd**
**Houston, TX 77091**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZERMENO, OLGA**
**3905 REGENCY DR**
**DEER PARK, TX 77536**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Former Employee**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,224.23** |
|---|---|---|---|

**Zimmer**
**PO Box 840166**
**Dallas, TX 75284**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **University General Hospital, LLC**
Name

Case number (if known) **17-42570-rfn11**

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**ZIWORITIN, IYINGIERE**
**5730 CASPIAN FALLS LANE**
**FULSHEAR, TX 77441**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Former Employee**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,794.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 33,418,209.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 33,420,003.83 |