**Monthly Operating Report**
CASH BASIS

| | |
|---|---|
| **CASE NAME:** | Foundation Healthcare, Inc. |
| **CASE NUMBER:** | 17-42571 |
| **JUDGE:** | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

**MONTH ENDING:**   <u>June</u>   <u>2017</u>
                       MONTH      YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

| _(signature)_ | Board Chair |
|---|---|
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | TITLE |
| Richard Zahn | 8/18/17 |
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

PREPARER:

| _(signature)_ | Interim CFO |
|---|---|
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| William Moore | 8/18/17 |
| PRINTED NAME OF PREPARER | DATE |

# Monthly Operating Report
### CASH BASIS-1

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| CASE NUMBER: | 17-42571 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| | JUNE | | | |
| 1.  CASH - BEGINNING OF MONTH | 121,712.33 | | | |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS AND ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST)   Refunds | 2,224.20 | | | |
| 9.  TOTAL RECEIPTS | | | | |
| **DISBURSEMENTS** | | | | |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES,USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | | | | |
| 18.  INSURANCE | 709.17 | | | |
| 19.  VEHICLE EXPENSES | | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST)   Bank Fees | 77.74 | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | 786.91 | | | |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | | | | |
| 34.  TOTAL DISBURSEMENTS | 786.91 | | | |
| 35.  NET CASH FLOW | 1,437.29 | | | |
| 36.  CASH - END OF MONTH | 123,149.62 | | | |

SOAL reported cash amounts of $113,478.05 (page 5, $111,500.85  Cash Accounts + Cash On Hand $1,977.04) compare against beginning cash balances of $121,712.33, an actual increase of $8,234.28 from SOFA due to the following identified issues:

- SOAL reported Bank SNB FBO balance of $23,528.30 exceeded beginning Bank SNB FBO actual balance of $22,490.79 by $1,037.51.
- SOAL reported Texas Capital Bank UMR account balance of $35,000 exceeded Texas Capital Bank UMR actual balance of 28,368.94 by $6,631.06 on 6/1/17.
- SOAL reported Texas Capital Bank UMR account balance did not reflect actual account increases of $15,902.85 occurring pre-bankruptcy, 6/1 and 6/21.

Net beginning cash balance increase of $8,234,28 reported = $15,902.85 - $6,631.06 - $1,037.51.

**Monthly Operating Report**

**CASH BASIS-1A**

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| | |
| CASE NUMBER: | 17-42571 |

**CASH DISBURSEMENTS DETAIL**  **MONTH:** June

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | None | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | 0 |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| NA (Bank Fee) | 6/30 | Valliance Bank | Bank Fees | 17.74 |
| NA (Bank Fee) | 6/27 | Valliance Bank | Bank Fees | 60.00 |
| #8311 | 6/21 | Divine Dental Spa | Employee Health Claim | 600.00 |
| #8317 | 6/21 | UMR New Mexico Vaccine Fund | Employee Health Claim | 109.17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | |

| TOTAL DISBURSEMENTS FOR THE MONTH | 786.91 |
|---|---|

# Monthly Operating Report
## CASH BASIS-2

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| CASE NUMBER: | 17-42571 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
|---|---|---|---|---|
| A.  BANK: | Texas Capital Bank | Valliance Bank | Bank SNB | |
| B.  ACCOUNT NUMBER: | 001111093512 001111094114 | 107017980 | 30007030 | TOTAL |
| C.  PURPOSE (TYPE): | DIP Acct | Insurance Funding | FBO | |
| 1.  BALANCE PER BANK STATEMENT | 46,633.98 | 52,047.81 | 22,490.79 | 121,172.58 |
| 2.  ADD:  TOTAL DEPOSITS NOT CREDITED | 0 | 0 | 0 | 0 |
| 3.  SUBTRACT:  OUTSTANDING CHECKS | 0 | 0 | 0 | 0 |
| 4.  OTHER RECONCILING ITEMS | 0 | 0 | 0 | 0 |
| 5.  MONTH END BALANCE PER BOOKS | 46,633.98 | 52,047.81 | 22,490.79 | 121,172.58 |
| 6.  NUMBER OF LAST CHECK WRITTEN | 001111093512 - No Checks 001111094114 - #8317 | No Checks Written | No Checks Written | |

| INVESTMENT ACCOUNTS | DATE OF | TYPE OF | PURCHASE | CURRENT |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | PURCHASE | INSTRUMENT | PRICE | VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | | 0 |

| CASH | | |
|---|---|---|
| 12.  CURRENCY ON HAND | | 1,977.04 |

| 13.  TOTAL CASH - END OF MONTH | 123,149.62 |
|---|---|

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| CASE NUMBER: | 17-42571 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH<br>June | MONTH | MONTH |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | | 0 | | |
| **SCHEDULE "B"**<br>**PERSONAL PROPERTY** | | | | |
| 1. CASH ON HAND | 1,977.04 | 1,977.04 | | |
| 2. CHECKING, SAVINGS, ETC. | 111,500.85 | 121,172.58 | | |
| 3. SECURITY DEPOSITS | 174,053.19 | 174,053.19 | | |
| 4. HOUSEHOLD GOODS | | | | |
| 5. BOOKS, PICTURES, ART | | | | |
| 6. WEARING APPAREL | | | | |
| 7. FURS AND JEWELRY | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. INSURANCE POLICIES | | | | |
| 10. ANNUITIES | | | | |
| 11. EDUCATION | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | |
| 13. STOCKS | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | |
| 16. ACCOUNTS RECEIVABLE | 170,155.00 | 170,155.00 | | |
| 17. ALIMONY | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | |
| 19. EQUITABLE INTERESTS | | | | |
| 20. CONTINGENT INTERESTS | | | | |
| 21. OTHER CLAIMS    Federal Income Tax Receivable | 1,700,000.00 | 1,700,000.00 | | |
| 22. PATENTS & COPYRIGHTS | | | | |
| 23. LICENSES & FRANCHISES | 236,085.77 | 236,085.77 | | |
| 24. CUSTOMER LISTS | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 26. BOATS & MOTORS | | | | |
| 27. AIRCRAFT | | | | |
| 28. OFFICE EQUIPMENT | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | 1.00 | 1.00 | | |
| 30. INVENTORY | | | | |
| 31. ANIMALS | | | | |
| 32. CROPS | | | | |
| 33. FARMING EQUIPMENT | | | | |
| 34. FARM SUPPLIES | | | | |
| 35. OTHER (ATTACH LIST)   Summit Mgmt Contract | 336,000.00 | 336,000.00 | | |
| 36. TOTAL PERSONAL PROPERTY ASSETS | 2,729,772.85 | 2,739,444.58 | | |
| 37. TOTAL ASSETS | 2,729,772.85 | 2,739,444.58 | | |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| CASE NUMBER: | 17-42571 |

MONTH: ___June___

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | 6,284,895.28 | |
| 2. PRIORITY | 1,149,739.16 | |
| 3. UNSECURED | 2,661,197.54 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | 10,095,831.98 | 0 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | | | |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | |
| 31. TOTAL POSTPETITION LIABILITIES | | | | 0 |

**Monthly Operating Report**
**CASH BASIS-4A**

| | |
|---|---|
| **CASE NAME:** | Foundation Healthcare, Inc. |
| **CASE NUMBER:** | 17-42571 |

MONTH: _June_

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH June | MONTH | MONTH |
|---|---|---|---|---|
| 1. 0 - 30 | | | | |
| 2. 31 - 60 | | | | |
| 3. 61 - 90 | | | | |
| 4. 91 + | 170,155.00 | 170,155.00 | | |
| 5. TOTAL ACCOUNTS RECEIVABLE | 170,155.00 | 170,155.00 | | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | 0.00 | 0.00 | | |
| 7. ACCOUNTS RECEIVABLE (NET) | 170,155.00 | 170,155.00 | | |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1. FEDERAL | | | | |
| 2. STATE | | | | |
| 3. LOCAL | | | | |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL TAXES PAYABLE | 0 | 0 | 0 | 0 |

| | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| 6. ACCOUNTS PAYABLE | 0 | 0 | 0 | 0 |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1. WITHHOLDING | | | | |
| 2. FICA-EMPLOYEE | | | | |
| 3. FICA-EMPLOYER | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14. OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE & LOCAL | | | | |
| 16. TOTAL TAXES | 0 | 0 | 0 | 0 |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | Foundation Healthcare, Inc. |
|---|---|
| CASE NUMBER: | 17-42571 |

MONTH: _____ June _____

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | 0 | 0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | 0 | 0 | 0 | 0 |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | 0 | 0 | 0 |

**Monthly Operating Report**
**CASH BASIS-6**

| | |
|---|---|
| **CASE NAME:** | Foundation Healthcare, Inc. |
| **CASE NUMBER:** | 17-42571 |

MONTH: _____ June _____

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | | NA |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | NA |
| 3. PLEASE ITEMIZE POLICIES BELOW | | NA |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

No employees remaining in Foundation Healthcare.
_____
_____

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |