Vickie L. Driver
Texas Bar No. 24026886
Christina W. Stephenson
Texas Bar No. 24049535
**HUSCH BLACKWELL LLP**
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
Phone: (214) 999-6100
Fax: (214) 999-6170
Email: vickie.driver@huschblackwell.com
Email: crissie.stephenson@huschblackwell.com

**COUNSEL FOR THE DEBTORS**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| FOUNDATION HEALTHCARE, INC., | § | CASE NO. 17-42571-rfn-11 |
| | § | Lead Case |
| DEBTOR. | § | |
| | § | Complex Case |
| -------------------------------------------------------- | § | Jointly Administered |
| | § | |
| IN RE: | § | CHAPTER 11 |
| | § | |
| UNIVERSITY GENERAL HOSPITAL, LLC, | § | CASE NO. 17-42570 |
| | § | |
| DEBTOR. | § | Complex Case |
| | § | Jointly Administered |
| -------------------------------------------------------- | § | Under Lead Case |

### NOTICE OF DESIGNATION OF PLAN ADMINISTRATOR

PLEASE TAKE NOTICE Foundation Healthcare Inc. ("FHI") and University General Hospital, LLC ("UGH," and collectively with FHI, (the "Debtors") have designated Jason A. Rae of Lain, Faulkner & Co., P.C. to serve as their Plan Administrator.

Professional information for Mr. Rae and the form of Plan Administration Agreement are attached hereto as Exhibits A and B, respectively.

Dated:  August 28, 2017.

>Respectfully submitted,
>
>*/s/ Christina W. Stephenson*
>Vickie L. Driver
>Texas Bar No. 24026886
>Christina W. Stephenson
>Texas Bar No. 24049535
>**HUSCH BLACKWELL LLP**
>2001 Ross Avenue, Suite 2000
>Dallas, Texas 75201
>Phone:  (214) 999-6100
>Fax:  (214) 999-6170
>Email:  vickie.driver@huschblackwell.com
>Email: crissie.stephenson@huschblackwell.com
>
>**COUNSEL FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served by Donlin Recano & Company, Inc. upon the parties listed on the attached service list via United States Mail, First Class and, for parties registered to receive such notices, via the Court's electronic transmission services on this 28th day of August, 2017.

>*/s/ Christina W. Stephenson*
>Christina W. Stephenson